IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| NATIONAL MORTGAGE WAREHOUSE, LLC | * | |
| Plaintiff | * | |
| v. | * | |
| | * | Case No.: CCB 00 CV 2881 |
| BANKERS FIRST MORTGAGE CO., INC., et. al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \*

| | | |
|---|---|---|
| SOVEREIGN BANK | * | |
| Plaintiff | * | |
| v. | * | |
| BANKERS FIRST MORTGAGE CO., INC., et. al. | * | Case No.: S-01-057 |
| | * | |
| Defendants | | |

\* \* \* \* \* \* \*

## ORDER

Upon consideration of the Motion to Consolidate filed on behalf of Christopher Trikeriotis and Title Express, Inc., *there being no* opposition thereto, and the applicable law, it is this _5_ day of _February_, 2001 ORDERED:

1. That the cases <u>National Mortgage Warehouse, L.L.C. v. Bankers First Mortgage Co., Inc., et. al.</u>, Case No. CCB 00 CV 2881 and <u>Sovereign Bank v. Bankers First Mortgage Co., Inc., et. al.</u>, Case No.S-01-057 , be and hereby are CONSOLIDATED for all purposes; and

2. That counsel for each of the parties in the captioned consolidated case SHALL



~~coordinate and provide the Court with a mutually agreeable date for a Scheduling Conference on or before _____, 2001.~~ *moot*

_____ /s/ Catherine C. Blake
JUDGE