IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND



| | | |
|---|---|---|
| NATIONAL MORTGAGE WAREHOUSE, LLC | * | |
| Plaintiff | * | |
| v. | * | CASE NO.: CCB-00-CV-2881 |
| BANKERS FIRST MORTGAGE CO. INC., et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| SOVEREIGN BANK | * | |
| Plaintiff | * | |
| v. | * | |
| BANKERS FIRST MORTGAGE CO. INC., et al. | * | CASE NO.: CCB-01-CV-057 |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### STIPULATION FOR EXTENSION OF TIME

Plaintiff, Counter-Defendant, Sovereign Bank, by its attorneys, OBRECHT AND OBRECHT, Charles F. Obrecht, Jr., and Defendant, Counter-Claimant, Title Express, Inc., by its attorneys, ADELBERG, RUDOW, DORF & HENDLER, LLC, Andrew Radding and David B. Applefeld, hereby stipulate to an extension of time




for Sovereign Bank to file its answer to the Counterclaim filed by Title Express, Inc. to March 7, 2001.

_____
Charles F. Obrecht, Jr.
Obrecht and Obrecht
877 Old Baltimore-Annapolis Blvd.
Suite 101
Severna Park, MD 21146
(410) 544-9521
Trial Bar Number: 01836
Attorney for Plaintiff

_____
Andrew Radding
Trial Bar Number: 00195

and

_____
David B. Applefeld
Trial Bar Number: 08311
Adelberg, Rudow, Dorf & Hendler, LLC
600 Mercantile Bank & Trust Building
2 Hopkins Plaza, Suite 600
Baltimore, MD 21201
(410) 539-5195
Attorneys for Title Express

So ordered this 1st day of March, 2001.

_____
Judge

## CERTIFICATION OF SERVICE

I, Charles F. Obrecht, Jr., hereby certify that a true and correct copy of the foregoing Stipulation For Extension of Time was served upon the following persons by regular first class mail, postage prepaid on February 28, 2001:

>D. Christopher Ohly, Esquire
>250 W. Pratt Street
>Suite 1100
>Baltimore, Maryland 21201
>
>Andrew Jay Graham, Esquire
>Ramon & Graham
>One South Street
>Suite 1600
>Baltimore, Maryland 21202
>
>Herbert Better, Esquire
>Zuckerman, Speeder, Goldstein, Taylor & Better, LLP
>100 E. Pratt Street
>Suite 2440
>Baltimore, Maryland 21202
>
>Mr. Timothy Burgess
>9505 Reisterstown Road
>Owings Mills, Maryland 21117
>
>James Dunbar, Esquire
>Venable, Baetjer & Howard, LLP
>210 Allegheny Avenue
>Towson, Maryland 21204

_____
Charles F. Obrecht, Jr.

a:plead21\weirsov extension

LAW OFFICES
## OBRECHT AND OBRECHT
SUITE 101
877 OLD BALTIMORE-ANNAPOLIS BOULEVARD
SEVERNA PARK, MARYLAND 21146

*CHARLES F. OBRECHT, JR.
GEORGE F. OBRECHT, III

*LICENSED TO PRACTICE BEFORE
THE PATENT AND TRADEMARK OFFICE.
UNITED STATES DEPARTMENT OF COMMERCE

February 28, 2001

AREA CODE 410
544-9521

AREA CODE 410
544-1423
TELECOPIER

**HAND DELIVERED**

Felicia Cannon, Clerk
U.S. District Court
For the District of Maryland
Garmatz Federal Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

RE:   **Sovereign Bank v. Bankers First Mortgage Co., Inc., et al.
Case Number CBB-01-CV-057
National Mortgage Warehouse, LLC v. Bankers First Mortgage Co.,
Inc., et al.
Case Number CCB-00-CV-2881**

Dear Madame Clerk:

Enclosed are the original and two copies of a Stipulation For Extension of Time in the captioned consolidated cases.

Sincerely,

Charles F. Obrecht, Jr.

CFO,JR:mln

Enclosure

cc:   D. Christopher Ohly, Esquire
      Andrew Jay Graham, Esquire
      Andrew Radding, Esquire
      Herbert Better, Esquire
      Mr. Timothy Burgess
      James Dunbar, Esquire