IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| NATIONAL MORTGAGE WAREHOUSE, LLC | * | |
| Plaintiff | * | |
| v. | * | |
| BANKERS FIRST MORTGAGE CO., INC., et. al. | * | Case No.: CCB 00 CV 2881 |
| Defendants | * | |

\* \* \*   \*   \*   \*   \*

| | | |
|---|---|---|
| SOVEREIGN BANK | * | |
| Plaintiff | * | |
| v. | * | |
| BANKERS FIRST MORTGAGE CO., INC., et. al. | * | Case No.: S-01-057 |
| Defendants | * | |

\* \* \*   \*   \*   \*   \*

## STIPULATION FOR EXTENSION OF TIME

Defendant/Cross-Defendant, Security Title Guarantee Corporation of Baltimore, by its attorneys, James Dunbar, Esquire, Mark Maneche, Esquire, Venable, Baetjer & Howard, LLP, and Defendant/Cross-Plaintiff, Title Express, Inc., by its attorneys, Andrew Radding, Esquire, David B. Applefeld, Esquire and Adelberg, Rudow, Dorf & Hendler, LLC, hereby stipulate to an extension of time for Defendants/Cross-Plaintiffs, Christopher Trikeriotis and Title Express, Inc. to file their response to the Motion for Summary Judgment on Count IV of Cross-Claim or, in the Alternative, to Sever Count IV of Cross-Claim filed by Security Title Guarantee Corporation of Baltimore, to and including April 13, 2001.

Approved
CK Blake
USDJ 4/02/01

M:\WP\116\Trikeriotis\pleadings\stip.ext - 3/29/01

| | |
|---|---|
| _Mark Maneche /DAB_ | _[signature]_ |
| JAMES DUNBAR (# 07392) | ANDREW RADDING (# 00195) |
| MARK MANECHE (#23368) | DAVID B. APPLEFELD (# 08311) |
| Venable, Baetjer & Howard, LLP | Adelberg, Rudow, Dorf & Hendler, LLC |
| 1800 Mercantile Bank & Trust Bldg. | 600 Mercantile Bank & Trust Bldg. |
| 2 Hopkins Plaza | 2 Hopkins Plaza |
| Baltimore, Maryland 21201 | Baltimore, Maryland 21201 |
| (410) 244-7400 | (410) 539-5195 |
| | |
| Attorneys for Security Title Guarantee Corporation of Baltimore | Attorneys for Title Express, Inc. |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of March, 2001, a copy of the foregoing Stipulation for Extension of Time was mailed by first class mail, postage prepaid, to D. Christopher Ohly, Esquire, 250 W. Pratt Street, Suite 1100, Baltimore, Maryland 21201; Andrew Jay Graham, Esquire, Kramon & Graham, One South Street, Suite 1600, Baltimore, Maryland 21202; Herbert Better, Esquire, Zuckerman, Spaeder, Goldstein, Taylor & Better, LLP, 100 E. Pratt Street, Suite 2440, Baltimore, Maryland 21202; Charles F. Obrecht, Jr., Esquire, Obrecht & Obrecht, 877 Old Baltimore-Annapolis Boulevard, Suite 101, Severna Park, Maryland, 21146; Timothy Burgess, 9505 Reisterstown Road, Owings Mills Maryland 21117; Bruce M. Gordon, 9505 Reisterstown Road, Suite 100, South, Owings Mills, Maryland 21117, Leonard J. Resnick, 3728 Coronade Road, Baltimore, Maryland 21244, K.H. Investments, Inc. c/o Leonard J. Resnick, 3728 Coronade Road, Baltimore, Maryland 21244, Frank B. Smith, 66 Euclid Street, Suite B, Woodbury, New Jersey 08096-0821, Greenshield Limited, LLC, c/o Frank B. Smith, 66 Euclid Street, Suite B, Woodbury, New Jersey 08096-0821, and to Creditland Warehouse.Com, Inc., c/o Frank B. Smith, 66 Euclid Street, Suite B, Woodbury, New Jersey 08096-0821.

_[signature]_
DAVID B. APPLEFELD