IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| SOVEREIGN BANK, | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. CCB 00-2881 |
| BANKERS FIRST MORTGAGE COMPANY, INC., et al., | * | |
| | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**STIPULATION OF EXTENSION OF TIME FOR
FILING SUMMARY JUDGMENT REPLY MEMORANDUM**

Counsel for Defendants Christopher Trikeriotis and Title Express, Inc. and counsel for The Security Title Guarantee Corporation of Baltimore ("Security Title") hereby stipulate that Security Title shall have until and including **May 3, 2001** in which to file its reply memorandum in support of its Motion for Summary Judgment on Count IV of Cross-Claim or, in the Alternative, to Sever Count IV of Cross-Claim.

Respectfully submitted,

_____
Mark D. Maneche
Venable, Baetjer and Howard, LLP
1800 Mercantile Bank & Trust Building
2 Hopkins Plaza
Baltimore, Maryland 21201-2978
(410) 244-7400

*Attorney for Defendant Security Title*

_____ /MDM
David B. Applefeld
Adelberg, Rudow, Dorf
 & Hendler, LLC
600 Mercantile Bank
 & Trust Building
2 Hopkins Plaza
Baltimore, Maryland 21201-2978
(410) 539-5195

*Attorney for Defendants Christopher
Trikeriotis and Title Express, Inc.*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of April, a copy of this Stipulation of Extension of Time for Filing Summary Judgment Reply Memorandum was sent via first-class mail to:

Andrew Radding, Esquire
Adelberg, Rudow, Dorf & Hendler, LLC
600 Mercantile Bank & Trust Building
Two Hopkins Plaza
Baltimore, Maryland 21201-2927

D. Christopher Ohly, Esquire
250 West Pratt Street, Suite 1100
Baltimore, Maryland 21201

Andrew J. Graham, Esquire
Kramon & Graham, P.A.
One South Street
Suite 1600
Baltimore, Maryland 21202

Herbert Better, Esquire
Zuckerman, Spaeder, Goldstein, Taylor & Better, LLP
100 East Pratt Street
Suite 2440
Baltimore, Maryland 21202

Charles F. Obrecht, Jr., Esquire
Obrecht & Obrecht
877 Old Baltimore-Annapolis Boulevard
Suite 101
Severna Park, Maryland 21146

Jason M. Reiser, Esquire
Weir & Partners, LLP
The Widener Building
Suite 500
1339 Chestnut Street
Philadelphia, Pennsylvania 19107

Sidney Leech, Esquire
Goodell, DeVries Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, Maryland 21202

Timothy Burgess
9505 Reisterstown Road
Owings Mills, Maryland 21117

Leonard Resnick
3728 Coronade Road
Baltimore, Maryland 21244

Frank B. Smith
66 Euclid Street, Suite 5
Woodbury, New Jersey 08096-0821

_____
Mark D. Maneche