# BLANK ROME COMISKY & McCAULEY LLP

*Counselors at Law*

(410) 659-3944

Direct Dial: seraina@blankrome.com
Email:

*Delaware*
*Florida*
*Maryland*
*New Jersey*
*New York*
*Pennsylvania*
*Washington, DC*

July 3, 2001

VIA HAND DELIVERY

Hon. Catherine C. Blake
United States District Judge
United States Courthouse, Room 7310
101 West Lombard Street
Baltimore, Maryland 21201

RE:   National Mortgage Warehouse, LLC v. Bankers First Mortgage Co., Inc., et al
      Case No.: CCB 00-CV-2881

Dear Judge Blake:

This letter is to advise the Court that counsel have agreed to extend the time in which the Plaintiff, National Mortgage Warehouse, LLC shall file a reply to the Defendant's response to a motion for summary judgment. Counsel have agreed that the response shall be due on or before July 5, 2001.

Please advise this office whether the proposed extension meets the approval of this Court. Thank you.

Most Respectfully,

*[signature]*

Stuart M.G. Seraina

APPROVED:

*[signature]*

Catherine C. Blake, Judge

SMGS:dfw
cc: All Counsel (via facsimile)