IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| NATIONAL MORTGAGE WAREHOUSE, LLC : <br> : <br> Plaintiff, : <br> : <br> vs. : <br> : <br> BANKERS FIRST MORTGAGE CO., INC. ET AL. : <br> : <br> Defendants. : | No. CCB00-CV-2881 |
| SOVEREIGN BANK : <br> : <br> Plaintiff, : <br> : <br> vs. : <br> : <br> BANKERS FIRST MORTGAGE CO., INC. ET AL. : <br> : <br> Defendants. : | No.: CCB 01-CV-057 |



### STIPULATION TO EXTEND TIME

Plaintiff, Sovereign Bank, by its attorneys, Weir & Partners LLP, hereby stipulates to an extension of time for Defendant, Security Title Guarantee Corporation of Baltimore ("STGC"), to make available, at its Baltimore office location, documents responsive to the written discovery propounded by Sovereign, to and including July 30, 2001. Sovereign shall provide to STGC at least seven (7) days advance notice prior to inspecting the documents. Should Sovereign provide such notice to STGC after July 23, 2001, which would make the date of production occur after July 30, 2001, STGC shall not be in violation of the Extension. The terms of this Stipulation shall be enforceable as if contained in an order of this Court.



_[signature]_
_____
WALTER WEIR, JR., ESQUIRE
JASON M. REISER, ESQUIRE
Weir & Partners LLP
Suite 500, The Widener Building
1339 Chestnut Street
Philadelphia, PA 19107

Attorneys for Sovereign Bank

Dated:

_[signature]_
_____
JAMES A. DUNBAR, ESQUIRE  07392
MARK D. MANECHE, ESQUIRE
Venable, Baetjer & Howard LLP
1800 Mercantile Bank & Trust Bldg.
2 Hopkins Plaza
Baltimore, MD 21201
410-244-7400  Fax
Attorneys for Security Title  /410 6857409
Guarantee Corporation of Baltimore

Dated: 7-19-01

Approved.
_[signature]_ Ca HBlake
USDJ
7-31-01

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NATIONAL MORTGAGE WAREHOUSE, LLC : <br> : <br> Plaintiff, : <br> : <br> vs. : <br> : <br> BANKERS FIRST MORTGAGE CO., INC. ET AL. : <br> : <br> Defendants. : | Case No.: CCB00-CV-2881 |
| SOVEREIGN BANK : <br> : <br> Plaintiff, : <br> : <br> vs. : <br> : <br> BANKERS FIRST MORTGAGE CO., INC. ET AL. : <br> : <br> Defendants. : | Case No.: CCB 01-CV-057 |

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Stipulation to Extend Time was served upon the following persons by regular first class mail, postage paid on July 26, 2001:

D. Christopher Ohly, Esquire
250 W. Pratt Street
Suite 1100
Baltimore, MD 21201

Andrew Jay Graham, Esquire
Ramon & Graham
One South Street
Suite 1600
Baltimore, MD 21202

Andy Radding, Esquire
Adelberg, Rudow, Dorf & Hendler, LLC
600 Mercantile Bank & Trust Bldg.
2 Hopkins Plaza
Suite 600
Baltimore, MD 21201

Herbert Better, Esquire
Zuckerman, Speeder, Goldstein,
Taylor & Better, LLP
100 E. Pratt Street
Suite 2440
Baltimore, MD 21202

Charles F. Obrecht, Jr.
Obrecht & Obrecht
877 Old Baltimore-Annapolis Blvd.
Suite 101
Severna Park, MD 21146

Mr. Timothy Burgess
9505 Reistertown Road
Owings Mills, MD 21117

James Dunbar, Esquire
Venable, Baetjer and Howard, LLP
1800 Mercantile Bank & Trust Bldg.
Two Hopkins Plaza
Baltimore, Maryland 21201

Sidney Leech, Esquire
Goodell, DeVries, Leech & Dann LLP
One South Street, 20th Fl.
Baltimore, MD 21202

Mr. Leonard Resnick
3728 Coronade Road
Baltimore, MD 21244

Mr. Frank B. Smith
66 Euclid Street, Suite 5
Woodbury, NJ 08096-0821

K.H. Investments, Inc.
c/o Leonard Resnick
3728 Coronade Road
Baltimore, MD 21244

_____
Jason M. Reiser, Esquire

Dated: July 26, 2001