IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

NATIONAL MORTGAGE WAREHOUSE,  :
LLC  :
  :
v.  :  CIVIL NO. CCB-00-2881
  :
BANKERS FIRST MORTGAGE CO., INC.,  :
ET AL.  :

...oOo...

## **ORDER**

Various pending motions and correspondence concerning discovery issues have been considered. My rulings follow.

1. the Motion to Extend Discovery Deadline is hereby **Granted**;

2. the discovery deadline is hereby extended until **October 31, 2001** for the limited purpose of taking the depositions of John Trikeriotis, Joyce Trikeriotis, and Mark Kellman;

3. the Plaintiff's Motion to Compel Non-Party Mark Kellman is **Granted**;

4. Mark Kellman is hereby directed to produce documents and appear for deposition at the office of counsel for plaintiff, National Mortgage Warehouse, at **10:00 a.m. on October 1, 2001**;

5. if Mark Kellman fails to comply with par. 4 above, he shall appear in **Courtroom 7D** at **9:15 a.m. on October 25, 2001** to show cause why he should not be held in contempt of court; and



6.  the Clerk shall mail copies of this Order to Mark Kellman and counsel of record.

_9/14/01_
Date

_[signature]_
Catherine C. Blake
United States District Judge