IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

NATIONAL MORTGAGE WAREHOUSE, :
LLC :
  :
v. : CIVIL NO. CCB-00-2881
  :
BANKERS FIRST MORTGAGE CO., INC., :
ET AL. :

...oOo...

## ORDER

Now pending is plaintiff National Mortgage Warehouse's motion to compel relating to the production of a computer disc. All related papers having been read and considered, it is hereby **ORDERED** that:

1. the contents of the Tharp tapes related to Title Express, Inc. and Chris Trikeriotis personally shall be produced to National Mortgage Warehouse no later than **October 5, 2001**;

2. the contents of the Tharp tapes related to Chris Trikeriotis, P.C.'s ("the law firm") representation of Bankers First, Kent Baklor, and Diane Baklor shall be produced to National Mortgage Warehouse, subject to a prompt assertion of privilege by counsel for Bankers First and the Baklors;

3. the contents of the Tharp tapes related to the law firm's escrow account and operating expenses shall be produced to counsel for National Mortgage Warehouse no later than **October 5, 2001**;

4. the remaining contents of the Tharp tapes related to the firm shall either be (1) produced to counsel for National Mortgage Warehouse for preliminary review subject to a

protective order limiting disclosure to attorneys' eyes only, which shall not be considered a waiver of the attorney-client privilege, or (2) detailed in an appropriate privilege log no later than **October 5, 2001**; and

    5. the Clerk shall mail copies of this Order to counsel of record.

_9/14/01_
Date

_[signature]_
Catherine C. Blake
United States District Judge