IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| SOVEREIGN BANK, | * | |
| Plaintiff | * | |
| | * | |
| v. | * | Civil Action No. CCB 00-2881 |
| | * | |
| BANKERS FIRST MORTGAGE COMPANY, INC., et al., | * | |
| | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41, Cross-Plaintiffs Christopher Trikeriotis and Title Express, Inc. (collectively, "Title Express") and Defendant Security Title Guarantee Corporation of Baltimore ("Security Title"), by their respective undersigned counsel, hereby dismiss with prejudice Title Express' cross-claim against Security Title (Count IV of the Cross-Claim).

_____
Andrew Radding
Adelberg, Rudow, Dorf & Hendler, LLC
600 Mercantile Bank & Trust Building
Two Hopkins Plaza
Baltimore, Maryland 21201-2927
(410) 539-5195

*Attorneys for Christopher Trikeriotis
and Title Express, Inc.*

_____
James A. Dunbar
Mark D. Maneche
Venable, Baetjer and Howard, LLP
Two Hopkins Plaza
1800 Mercantile Bank & Trust Building
Baltimore, Maryland 21201
(410) 244-7400

*Attorneys for Security Title Guarantee
Corporation of Baltimore*

Approved,
/s/ C. Black
USDJ  9-27-01

-2-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of September, 2001, a copy of this Stipulation of Dismissal With Prejudice was sent via first-class mail to:

D. Christopher Ohly, Esquire
250 West Pratt Street, Suite 1100
Baltimore, Maryland 21201

Andrew J. Graham, Esquire
Kramon & Graham, P.A.
One South Street
Suite 1600
Baltimore, Maryland 21202

Herbert Better, Esquire
Zuckerman, Spaeder, Goldstein, Taylor & Better, LLP
100 East Pratt Street
Suite 2440
Baltimore, Maryland 21202

Charles F. Obrecht, Jr., Esquire
Obrecht & Obrecht
877 Old Baltimore-Annapolis Boulevard
Suite 101
Severna Park, Maryland 21146

Jason M. Reiser, Esquire
Weir & Partners, LLP
The Widener Building
Suite 500
1339 Chestnut Street
Philadelphia, Pennsylvania 19107

Sidney Leech, Esquire
Goodell, DeVries Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, Maryland 21202

Francis J. Gorman, Esquire
Gorman & Williams
Two North Charles Street, Suite 750
Baltimore, Maryland 21201-3754

Mark T. Mixter, Esquire
The Law Offices of Mark T. Mixter
Sun Life Building, 12th Floor
20 South Charles Street
Baltimore, Maryland 21201

_____
Mark D. Maneche

BA2/167606.01