IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| NATIONAL MORTGAGE WAREHOUSE, LLC | : |
| Plaintiff, | : |
| vs. | : |
| BANKERS FIRST MORTGAGE CO., INC. ET AL. | : No. CCB00-CV-2881 |
| Defendants. | : |

| | |
|---|---|
| SOVEREIGN BANK | : |
| Plaintiff, | : |
| vs. | : |
| BANKERS FIRST MORTGAGE CO., INC. ET AL. | : No.: CCB 01-CV-057 |
| Defendants. | : |

**STIPULATION TO EXTEND TIME**

Defendant, Security Title Guarantee Corporation of Baltimore ("STGC"), and Plaintiff, Sovereign Bank ("Sovereign"), by and through their undersigned attorneys, hereby stipulate that Sovereign's time within which to file a response to said Defendant's Supplemental Memorandum of Law in Support of STGC's Motion for Summary Judgment is extended to and including October 10, 2001.

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2001 OCT -4 P 2:43
AT BALTIMORE
DEPUTY

There have been no prior extensions granted in which to respond to STGC's Supplemental Memorandum.

_____
WALTER WEIR, JR., ESQUIRE
JASON M. REISER, ESQUIRE
Weir & Partners LLP
Suite 500, The Widener Building
1339 Chestnut Street
Philadelphia, PA 19107

Attorneys for Sovereign Bank

Dated: 2 Oct. 2001

_____
JAMES DUNBAR, ESQUIRE /jmr
MARK MANECHE, ESQIURE
Venable, Baetjer & Howard LLP
1800 Mercantile Bank & Trust Bldg.
2 Hopkins Plaza
Baltimore, MD 21201

Attorneys for Security Title
Guarantee Corporation of Baltimore

Dated: Oct 3. 2001

AND NOW THIS ____4____ DAY OF OCTOBER, 2001, UPON CONSIDERATION OF THE ABOVE STIPULATION, IT IS HEREBY ORDERED THAT SAID STIPULATION IS APPROVED.

_____
Honorable Catherine C. Blake, J.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NATIONAL MORTGAGE WAREHOUSE, LLC : <br><br> Plaintiff, : <br><br> vs. : <br><br> BANKERS FIRST MORTGAGE CO., INC. ET AL. : <br><br> Defendants. : | Case No.: CCB00-CV-2881 |
| SOVEREIGN BANK : <br><br> Plaintiff, : <br><br> vs. : <br><br> BANKERS FIRST MORTGAGE CO., INC. ET AL. : <br><br> Defendants. : | Case No.: CCB 01-CV-057 |

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Stipulation to Extend Time was served upon the following persons by regular first class mail, postage paid on October 3, 2001:

Mark Maneche, Esquire
Venable, Baetjer and Howard, LLP
1800 Mercantile Bank & Trust Bldg.
Two Hopkins Plaza
Baltimore, Maryland 21201

D. Christopher Ohly, Esquire
250 W. Pratt Street
Suite 1100
Baltimore, MD 21201

Andy Radding, Esquire
Adelberg, Rudow, Dorf & Hendler, LLC
600 Mercantile Bank & Trust Bldg.
2 Hopkins Plaza
Suite 600
Baltimore, MD 21201

James Dunbar, Esquire
Venable, Baetjer and Howard, LLP
1800 Mercantile Bank & Trust Bldg.
Two Hopkins Plaza
Baltimore, Maryland 21201

John Bourgeois, Esquire
Kramon & Graham
One South Street
Suite 1600
Baltimore, MD 21202

Charles F. Obrecht, Jr.
Obrecht & Obrecht
877 Old Baltimore - Annapolis Blvd.
Suite 101
Severna Park, MD 21146

Mr. Timothy Burgess
9505 Reistertown Road
Owings Mills, MD 21117

Sidney Leech, Esquire
Goodell, DeVries, Leech & Dann LLP
One South Street, 20th Fl.
Baltimore, MD 21202

Mr. Leonard Resnick
3728 Coronade Road
Baltimore, MD 21244

_____
Jason M. Reiser, Esquire

Dated:  October 3, 2001