FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2001 OCT 30 P 4: 03

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

------------------------------------X
NATIONAL MORTGAGE WAREHOUSE, LLC, :
                                   :
   Plaintiff,                      :
                                   :
v.                                 :   Civil Action No. CCB 00-cv-2881
                                   :
BANKERS FIRST MORTGAGE CO., INC., *et al.*, :
                                   :
   Defendants.                     :
------------------------------------X

## ORDER

HAVING READ AND CONSIDERED the Joint Request of Plaintiff National Mortgage Warehouse, LLC and Defendant Eisenberg, Levy & Kotik to Extend Time For Filing Dispositive Motions, it is, this 30th day of October, 2001, hereby

ORDERED that the Motion be, and hereby is, GRANTED; and it is further

ORDERED that the deadline for NMW and EL&K to file dispositive motions against one another is extended through January 1, 2002.

_____
United States District Judge Catherine C. Blake
District of Maryland