## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### Northern Division

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2001 NOV -5  A 11: 12

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

--------------------------------X
NATIONAL MORTGAGE WAREHOUSE, LLC, :
                                  :
   Plaintiff,                     :
                                  :
v.                                : Civil Action No. CCB 00-cv-2881
                                  :
BANKERS FIRST MORTGAGE CO., INC., et al., :
                                  :
   Defendants.                    :
--------------------------------X

## ORDER

HAVING READ AND CONSIDERED the Joint Request of Plaintiff National Mortgage Warehouse, LLC and Defendants Kent Baklor and Bankers First Mortgage Company, Inc. (collectively the "Defendants"), to Extend Time For Filing Dispositive Motions, it is, this 5th day of November, 2001, hereby

ORDERED that the Motion be, and hereby is, GRANTED; and it is further

ORDERED that the deadline for NMW and the Defendants to file dispositive motions against one another is extended through December 1, 2001.

_____
United States District Judge Catherine C. Blake
District of Maryland

