IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

NATIONAL MORTGAGE  \*
WAREHOUSE, LLC

    Plaintiff,  \*

v.  \*  Civil Action No. CCB-00-CV-2881

BANKERS FIRST MORTGAGE  \*
CO., INC.

    Defendants.  \*

\* \* \* \* \* \* \* \* \* \* \* \* \*

## OFFER OF JUDGMENT

Defendants Kent E. Baklor and Bankers First Mortgage Co., Inc., in accordance with Fed. R. Civ. P. 68, hereby offer to allow judgments to be taken against them as follows:

1.    As to Count I (action on note) and Count III (action for fraud, deceit, and misrepresentation) of the Complaint, Bankers First Mortgage Co., Inc. offers to allow judgment to be taken against it, in favor of Plaintiff, National Mortgage Warehouse, LLC, in the amount of 4,894,960.00, inclusive of costs accrued to date. The judgment as to Counts I and III shall be joint and several with the judgment as to Counts II and III against Kent E. Baklor, provided for in ¶ 2, below. Moreover, Bankers First Mortgage Co., Inc. shall retain the ability and right to assert claims for contribution, indemnity, or other relief as against any other persons or entities, including persons or entities not

*[Handwritten annotation: Approved. The Clerk shall enter judgment pursuant to Fed. R. Civ. P. 68. Catherine C. Blake USDJ 1/07/02 nunc pro tunc November 30, 2001]*

already parties to this action, who or which may be liable to National Mortgage Warehouse, LLC, or Bankers First Mortgage Co., Inc. for or on account of the losses asserted in the Complaint.

2. As to Count II (action on guaranty and surety agreement) and Count III (action for fraud, deceit, and misrepresentation) of the Complaint, Kent E. Baklor offers to allow judgment to be taken against him, in favor of Plaintiff, National Mortgage Warehouse, LLC, in the amount of $4,894,960.00, inclusive of costs accrued to date. The judgment as to Count II and III shall be joint and several with the judgment as to Counts I and III against Bankers First Mortgage Co., Inc., provided for in ¶ 1, above. Moreover, Kent E. Baklor shall retain the ability and right to assert claims for contribution, indemnity, or other relief as against any other persons or entities, including persons or entities not already parties to this action, who or which may be liable to National Mortgage Warehouse, LLC, or Kent E. Baklor for or on account of the losses asserted in the Complaint.

3. If this offer of judgment is accepted, Kent E. Baklor's and Bankers First Mortgage Co., Inc.'s total, joint-and-several debt to National Mortgage Warehouse, LLC, under the judgments provided for in ¶¶ 1 and 2, above, is $4,894,960.00, and any recovery under any of those Counts shall reduce the indebtedness as to all of the other Counts.

Respectfully submitted,

*[signature]*

Andrew Jay Graham (Fed. No. 00080)
John A. Bourgeois (Fed. No. 11834)
KRAMON & GRAHAM, P.A.
One South Street, Suite 2600
Baltimore, Maryland 21202-3201
(410) 752-6030
(410) 539-1269 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of November 2001, copies of the foregoing document were sent by first-class mail, postage prepaid, to:

>Charles F. Obrecht, Jr., Esquire
>Obrecht and Obrecht
>877 Old Baltimore-Annapolis Blvd.
>Suite 101
>Severna Park, Maryland 21146
>
>Walter Weir, Esquire
>Weir & Partners
>The Widener Building, Suite 500
>Philadelphia, Pennsylvania 19107
>
>D. Christopher Ohly, Esquire
>Blank Rome Comisky & McCauley LLP
>250 West Pratt Street, Suite 1100
>Baltimore, Maryland 21201
>
>Andrew Radding, Esquire
>David B. Applefeld, Esquire
>Adelberg Rudow Dorf & Hendler, LLC
>600 Mercantile Bank & Trust Bldg.
>2 Hopkins Plaza
>Baltimore, Maryland 21201
>
>Herbert Better, Esquire
>Zuckerman Spaeder Goldstein Taylor & Better
>100 East Pratt Street, Suite 2440
>Baltimore, Maryland 21202
>
>Sidney G. Leech, Esquire
>Goodell DeVries Leech & Dann
>One South Street, 20th Floor
>Baltimore, Maryland 21202

Mark D. Maneche, Esquire
Venable Baetjer & Howard, LLP
1800 Mercantile Bank & Trust Building
2 Hopkins Plaza
Baltimore, Maryland  21201

Harvey Greenberg, Esquire
29 West Susquehanna Avenue, Suite 700
Towson, Maryland  21204

_____
John A. Bourgeois