IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

---------------------------------X
NATIONAL MORTGAGE WAREHOUSE, LLC, :

    Plaintiff, :

    v. : Civil Action No. CCB 00-cv-2881

BANKERS FIRST MORTGAGE CO., INC., et al., :

    Defendants. :
---------------------------------X

## ORDER

HAVING READ AND CONSIDERED the Joint Request of Plaintiff National Mortgage Warehouse, LLC ("NMW") and Defendant Eisenberg, Levy & Kotik's ("EL&K") Motion to Extend Time For Filing Dispositive Motions, it is, this 8th day of Jan., 2002, hereby

ORDERED that the Motion be, and hereby is, GRANTED; and it is further

ORDERED that the deadline for NMW and EL&K to file dispositive motions against one another is extended through February 1, 2002.

                                       _____
                                       United States District Judge Catherine C. Blake
                                       District of Maryland