IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 JAN 15  P 2: 09

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

| | | |
|---|---|---|
| NATIONAL MORTGAGE WAREHOUSE, LLC,<br>    Plaintiff | : | |
| v. | : | Civil Action No. CCB-00-2881 |
| BANKERS FIRST MORTGAGE CO., INC., et. al.<br>    Defendants. | : | |
| SOVEREIGN BANK,<br>    Plaintiff | : | |
| v. | : | Civil Action No. CCB-01-057 |
| BANKERS FIRST MORTGAGE CO., INC., et. al.<br>    Defendants. | : | |

**CONSOLIDATED UNDER**
**Civil Action No. CCB-00-2881**

### ORDER

For the reasons stated in the accompanying Memorandum, it is hereby Ordered that:

1. Plaintiff Sovereign Bank's Motion for Partial Summary Judgment is **GRANTED**, and judgment is entered on Sovereign's behalf on Count III of the complaint in the amount of $1,464,466.85 against Christopher Trikeriotis and Title Express, jointly and severally;

2. Judgment also is entered on Sovereign's behalf and against Title Express, Inc. on

4



the counter-claim filed by Title Express for tortious interference with contract;

3. Plaintiff National Mortgage Warehouse's Motion for Partial Summary Judgment is **GRANTED**, and judgment is entered on NMW's behalf on Count III of the complaint in the amount of $4,894,960.00 against Christopher Trikeriotis and Title Express, jointly and severally; and

4. Copies of this Order shall be mailed to counsel of record.

_1/15/02_
Date

_Catherine C. Blake_
Catherine C. Blake
United States District Judge