IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

------------------------------------X
NATIONAL MORTGAGE WAREHOUSE, LLC,   :

    Plaintiff,                      :

v.                                  :   Civil Action No. CCB 00-cv-2881

BANKERS FIRST MORTGAGE CO., INC., *et al.*, :

    Defendants.                     :
------------------------------------X

## WITHDRAWAL OF MOTION TO RE-OPEN DISCOVERY

The Plaintiff, National Mortgage Warehouse, LLC ("NMW"), by its attorneys, hereby replies to the Opposition to Motion to Re-open Discovery filed by Title Express, Inc. and Christopher Trikeriotis and states:

1.    As a result of the Court's Order, dated January 15, 2002, entering summary judgment against defendants Title Express, Inc. and Christopher Trikeriotis, NMW does not presently require further discovery from Mr. Trikeriotis regarding the subject matter of the litigation.

2.    Consequently, NMW withdraws its motion to re-open discovery.

3.    NMW reserves the right to take post-judgment discovery in aid of enforcement or execution, pursuant to Maryland Rule 2-633 and Fed. R. Civ. P. 69.

Respectfully submitted,

D. Christopher Ohly, Fed. Bar No.: 01725
Stuart M.G. Seraina, Fed. Bar No.: 25971
Blank Rome Comisky & McCauley, LLP
250 West Pratt Street, Suite 1100
Baltimore, Maryland 21201
(410) 659-1400
*Attorney for Plaintiff*

105748.00601/50184894v1

FILED _____ ENTERED
LODGED _____ RECEIVED

FEB 1 - 2002

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
NIGHT DROP BOX

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of February, 2002, a copy of the foregoing Withdrawal of Motion to Re-Open Discovery was sent via first-class mail, postage prepaid, to:

Charles F. Obrecht, Jr.
Obrecht & Obrecht
877 Old Baltimore-Annapolis Blvd.
Suite 101
Severna Park, MD 21146

Walter Weir, Jr.
Jason M. Reiser
Weir & Partners, LLC
1339 Chestnut St.
Suite 500
Philadelphia, PA 19107
*Counsel for Sovereign Bank*

Andrew J. Graham
John A. Bourgeois
Kramon & Graham, P.A.
One South Street
Suite 2600
Baltimore, MD 21202
*Counsel for Kent E. Baklor and,*
*Bankers First Mortgage Co., Inc.,*

Andrew Radding
David B. Applefeld
Adelberg Rudow Dorf and Hendler, LLC
600 Mercantile Bank and Trust Bldg.
Two Hopkins Plaza
Baltimore, MD 21201
*Counsel for Title Express, Inc. and*
*Christopher Trikeriotis*

Herbert Better
Zuckerman, Spaeder, Goldstein, Taylor & Better
100 East Pratt Street
Suite 2440
Baltimore, MD 21202
*Counsel for Eisenberg, Levy & Kotik*

Sidney G. Leech
Goodell, DeVries, Leech & Gray
One South Street
20th Floor
Baltimore, MD 21202
*Counsel for Bruce M. Gordon*

Mark D. Maneche
Venable, Baetjer & Howard, LLP
1800 Mercantile Bank & Trust Building
Two Hopkins Plaza
Baltimore, MD 21201-2978
*Counsel for The Security Title*
*Guarantee Corp. of Baltimore*

Stuart Seraina

# BLANK ROME COMISKY & McCAULEY LLP

*Counselors at Law*

*Delaware*
*Florida*
*Maryland*
*Direct Dial:* (410) 659-3944                                           *New Jersey*
*Email:* seraina@blankrome.com                                          *New York*
*Pennsylvania*
*Washington, DC*

February 1, 2002

**<u>Via Hand Delivery</u>**

Clerk
United States District Court for the District of Maryland
U. S. Courthouse, Room 4415
101 West Lombard Street
Baltimore, MD  21201

      RE:   *National Mortgage Warehouse, LLC v. Bankers First Mortgage Co., Inc., et al.*
              United States District Court for the District of Maryland
              <u>Case No. CCB 00-cv-2881</u>

To The Clerk:

    Please find enclosed for filing the original and three copies of Plaintiff's Withdrawal of Motion to Re-Open Discovery in the above-referenced matter.

    Please date stamp one copy of this pleading and call my office for pickup.

    Thank you for your assistance in this matter.

                                      Very truly yours,

                                      Stuart M. G. Seraina

SMGS/rrc
Enclosures
cc:    Counsel of Record

250 West Pratt Street, Suite 1100 • Baltimore, Maryland 21201 • 410.659.1400 • Fax: 410.659.1414
www.blankrome.com