IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| NATIONAL MORTGAGE WAREHOUSE, LLC | * | |
| Plaintiff | * | |
| v. | * | Case No.: CCB- 00-2881 |
| BANKERS FIRST MORTGAGE CO., INC., et. al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| SOVEREIGN BANK | * | |
| Plaintiff | * | |
| v. | * | Case No.: S- 01-057 |
| BANKERS FIRST MORTGAGE CO., INC., et. al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL WITH PREJUDICE

Bruce M. Gordon, and Christopher Trikeriotis and Title Express, Inc., by their undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(ii), dismiss with prejudice any and all claims filed against one another in the above-captioned consolidated actions.

Parties other than Christopher Trikeriotis, Title Express and Bruce Gordon enter into this Stipulation with the understanding that it will have no effect on claims previously made by them, or which in the future they may make, against Christopher Trikeriotis, Title Express, or Bruce Gordon.

M:\WP\075\trikvol2.dis.wpd - 12/07/01

_[signature]_
David B. Applefeld
Adelberg, Rudow, Dorf & Hendler, LLC
600 Mercantile Bank & Trust Bldg.
2 Hopkins Plaza
Baltimore, Maryland 21201
410-539-5195

Attorneys for Defendants, Christopher Trikeriotis and Title Express, Inc.

_[signature]_
Andrew Jay Graham
Kramon & Graham
One South Street, Suite 1600
Baltimore, Maryland 21202
410-752-6030

Attorney for Kent E. Baklor, Bankers First Mortgage, Diane Baklor and What's Up Doc Document Prep

_[signature]_
Herbert Better
Zuckerman, Speeder, Goldstein, Taylor & Better, LLP
100 E. Pratt Street, Suite 2440
Baltimore, Maryland 21202
410-332-0489

Attorney for Eisenberg, Levy & Kotik

_[signature]_
Charles F. Obrecht, Jr.
Obrecht & Obrecht
877 Old Baltimore-Annapolis Blvd, Suite 101
Severna Park, Maryland 21146
410-544-9521

Attorney for Sovereign Bank

_[signature]_
D. Christopher Ohly
250 W. Pratt Street
Suite 1100
Baltimore, Maryland 21201
410-659-1400

Attorney for National Mortgage Warehouse, LLC

_[signature]_
Walter Weir, Jr.
The Widener Building, Suite 500
1339 Chestnut Street
Philadelphia, PA 19107
215-665-8181

Attorney for Sovereign Bank

_[signature]_
James Dunbar
Venable, Baetjer and Howard, LLP
1800 Mercantile Bank & Trust Bldg.
Two Hopkins Plaza
Baltimore, Maryland 21201
410-244-7400

Attorney for Security Title Guarantee Corporation of Baltimore

_[signature]_
Sidney Leech
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, Maryland 21202
410-783-4017

Attorney for Bruce Gordon

_Harvey Greenberg_ /ost
Harvey Greenberg, Esquire
The Susquehanna Building, Suite 700
29 W. Susquehanna Avenue
Towson, Maryland 21204
410-823-2277

Attorney for Leonard Resnick