IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| NATIONAL MORTGAGE WAREHOUSE, LLC | * |
| Plaintiff | * |
| v. | * Case No.: CCB- 00-2881 |
| BANKERS FIRST MORTGAGE CO., INC., et. al. | * |
| Defendants | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| SOVEREIGN BANK | * |
| Plaintiff | * |
| v. | * Case No.: S- 01-057 |
| BANKERS FIRST MORTGAGE CO., INC., et. al. | * |
| Defendants | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL WITH PREJUDICE

Leonard J. Resnick, and Christopher Trikeriotis and Title Express, Inc., by their undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(ii), dismiss with prejudice any and all claims filed against one another in the above-captioned consolidated actions.

Parties other than Christopher Trikeriotis, Title Express and Leonard Resnick enter into this Stipulation with the understanding that it will have no effect on claims previously made by them, or which in the future they may make, against Christopher Trikeriotis, Title Express or Leonard Resnick.



Approved
C. Blake
[signature] 2/05/02

M:\WP\075\trikvol3.dis.wpd - 12/07/01

_____
David B. Applefeld
Adelberg, Rudow, Dorf & Hendler, LLC
600 Mercantile Bank & Trust Bldg.
2 Hopkins Plaza
Baltimore, Maryland 21201
410-539-5195

Attorneys for Defendants, Christopher
Trikeriotis and Title Express, Inc.

_____
Andrew Jay Graham
Kramon & Graham
One South Street, Suite 1600
Baltimore, Maryland 21202
410-752-6030

Attorney for Kent E. Baklor, Bankers First
Mortgage, Diane Baklor and What's Up
Doc Document Prep

_____
Herbert Better
Zuckerman, Speeder, Goldstein, Taylor
& Better, LLP
100 E. Pratt Street, Suite 2440
Baltimore, Maryland 21202
410-332-0489

Attorney for Eisenberg, Levy & Kotik

_____
Charles F. Obrecht, Jr.
Obrecht & Obrecht
877 Old Baltimore-Annapolis Blvd, Suite 101
Severna Park, Maryland 21146
410-544-9521

Attorney for Sovereign Bank

_____
D. Christopher Ohly
250 W. Pratt Street
Suite 1100
Baltimore, Maryland 21201
410-659-1400

Attorney for National Mortgage
Warehouse, LLC

_____
Walter Weir, Jr.
The Widener Building, Suite 500
1339 Chestnut Street
Philadelphia, PA 19107
215-665-8181

Attorney for Sovereign Bank

_____
James Dunbar
Venable, Baetjer and Howard, LLP
1800 Mercantile Bank & Trust Bldg.
Two Hopkins Plaza
Baltimore, Maryland 21201
410-244-7400

Attorney for Security Title Guarantee
Corporation of Baltimore

_____
Sidney Leech
Goodell, DeVries, Leech & Dann,
LLP
One South Street, 20th Floor
Baltimore, Maryland 21202
410-783-4017

Attorney for Bruce Gordon

```
```

/s/ Harvey Greenberg
Harvey Greenberg, Esquire
The Susquehanna Building, Suite 700
29 W. Susquehanna Avenue
Towson, Maryland  21204
410-823-2277

Attorney for Leonard Resnick

# ADELBERG, RUDOW, DORF & HENDLER, LLC
### ATTORNEYS AT LAW

David B. Applefeld

dapplefeld@adelbergrudow.com

also a member of:
District of Columbia Bar
Colorado Bar

600 Mercantile Bank & Trust Building
2 Hopkins Plaza
Baltimore, Maryland 21201-2927

www.adelbergrudow.com

Telephone
410-539-5195

Facsimile
410-539-5834

February 1, 2002

Clerk
United States District Court for
the District of Maryland
Garmantz Federal Courthouse
101 W. Lombard St.
Baltimore, MD 21201

Re: National Mortgage Warehouse, LLC v. Bankers First
Mortgage Co., Inc., et al
Case No.: CCB 00 CV 2881
Sovereign Bank v. Bankers First Mortgage
Case No. S-01-057
Our File No. 8873.100

Dear Clerk:

I am enclosing an original and two copies of two Stipulations of Dismissal With Prejudice for filing in the captioned case. Please date stamp one copy of each and return same to me in the enclosed self-addressed stamped envelope.

Thank you for your attention to this matter.

Very truly yours,

David B. Applefeld

DBA/ps
Enclosures
cc:   The Honorable Catherine Blake (with enclosures)
      D. Christopher Ohly, Esquire (with enclosures)
      Andrew Jay Graham, Esquire (with enclosures)
      Walter Weir, Jr., Esquire (with enclosures)
      Herbert Better, Esquire (with enclosures)
      James Dunbar, Esquire (with enclosures)
      Charles F. Obrecht, Jr., Esquire (with enclosures)
      Sidney Leech, Esquire (with enclosures)
      Harvey Greenberg, Esquire (with enclosures)
      Timothy Burgess (with enclosures)