FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

2002 MAR -8  P 3: 01

AT BALTIMORE

_____DEPUTY

| | |
|---|---|
| NATIONAL MORTGAGE WAREHOUSE, LLC, <br>     Plaintiff | : <br> : <br> : <br> : |
| v. | : Civil Action No. CCB-00-2881 |
| BANKERS FIRST MORTGAGE CO., INC., et. al. <br>     Defendants. | : <br> : <br> : |
| SOVEREIGN BANK, <br>     Plaintiff | : <br> : <br> : |
| v. | : Civil Action No. CCB-01-057 |
| BANKERS FIRST MORTGAGE CO., INC., et. al. <br>     Defendants. | : <br> : |

**CONSOLIDATED UNDER**
**Civil Action No. CCB 00-2881**

## ORDER

For the reasons stated in the accompanying Memorandum, it is hereby Ordered that:

1. The motion for summary judgment filed by defendant Security Title Guarantee Corporation is Granted; and

2. copies of this Order and the accompanying Memorandum shall be sent to counsel of record.

3/08/02
Date

Catherine C. Blake
United States District Judge

