FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

2002 JUN 19 P 4: 23

CLERK'S OFFICE
AT BALTIMORE

- - - - - - - - - - - - - - - - - - - - - - - X

NATIONAL MORTGAGE
  WAREHOUSE, LLC        :      DEPUTY

      Plaintiff,            :

                   :

v.                   :       **Case No. CCB 00 CV 2881**

                   :

BANKERS FIRST MORTGAGE :
  CO., INC.                :
      Defendants.         :

                   :

- - - - - - - - - - - - - - - - - - - - - - - X

## STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, National Mortgage Warehouse, LLC ("NMW") and Defendant, Eisenberg

Levy & Kotik ("ELK"), by their undersigned attorneys and pursuant to Rule 41 (a)(1) of the

Federal Rules of Civil Procedure, hereby stipulate and agree to dismiss the action against ELK,

with prejudice.

                                     Respectfully submitted,

_D. Christopher Ohly_

D. Christopher Ohly
Blank Rome Comisky & McCauley, LLP
250 West Pratt Street
Suite 1100
Baltimore, MD 21201
410-659-1400

Attorney for Plaintiff

_Herbert Better_

Herbert Better
Zuckerman, Spaeder, Goldstein, Taylor & Better
100 East Pratt Street
Suite 2440
Baltimore, MD 21202

Attorney for Defendant

" _Approved_ " THIS _19_
DAY OF _June_ , 2002

UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 19th day of June 2002, I caused copies of the foregoing Stipulation of Dismissal with Prejudice to be sent, via first class mail to:

Charles F. Obrecht, Jr.
Obrecht & Obrecht
877 Old Baltimore-Annapolis Blvd.
Suite 101
Severna Park, MD 21146
*Counsel for Sovereign Bank*

Walter Weir, Jr.
Jason M. Reiser
Weir & Partners, LLC
1339 Chestnut St.
Suite 500
Philadelphia, PA 19107
*Counsel for Sovereign Bank*

Andrew J. Graham
John A. Bourgeois
Kramon & Graham, P.A.
One South Street
Suite 2600
Baltimore, MD 21202
*Counsel for Kent E. Baklor, Diane Baklor,*
*Bankers First Mortgage Co., Inc., What's*
*Up Doc Document Prep., Inc., K.H.*
*Investments, Inc.*

Andrew Radding
David B. Applefeld
Adelberg Rudow Dorf and Hendler, LLC
600 Mercantile Bank and Trust Bldg.
Two Hopkins Plaza
Baltimore, MD 21201
*Counsel for Title Express, Inc. and*
*Christopher Trikeriotis*

Herbert Better
Zuckerman, Spaeder, Goldstein, Taylor &
Better
100 East Pratt Street
Suite 2440
Baltimore, MD 21202
*Counsel for Eisenberg, Levy & Kotik*

Sidney G. Leech
Goodell, DeVries, Leech & Gray
One South Street
20th Floor
Baltimore, MD 21202
*Counsel for Bruce M. Gordon*

Harvey Greenberg
29 West Susquehanna Avenue
Suite 700 – The Susquehanna Bldg.
Towson, MD 21204

*Counsel for Leonard J. Resnick*

Mark D. Maneche
Venable, Baetjer & Howard, LLP
1800 Mercantile Bank & Trust Building
Two Hopkins Plaza
Baltimore, MD 21201-2978
*Counsel for The Security Title*
*Guarantee Corp. of Baltimore*

Mark Binstock
Paley, Rothman, Goldstein,
Rosenberg & Cooper
Seventh Floor, One Bethesda Center
4800 Hampden Lane
Bethesda, MD 20814
*Counsel for Timothy Burgess*

D. Christopher Ohly

# BLANK ROME COMISKY & MCCAULEY LLP

*Counselors at Law*

*Delaware*
*Florida*
*Maryland*
*New Jersey*
*New York*
*Pennsylvania*
*Washington, DC*

*Direct Dial:*    (410) 659-3960
*Email:*    ohly@blankrome.com

June 19, 2002

**BY HAND DELIVERY**

Felicia C. Cannon
Clerk
United States District Court
 for the District of Maryland
Garmatz Federal Courthouse
101 West Lombard Street
Baltimore, MD  21201

> Re:    *National Mortgage Warehouse, LLC v. Bankers First Mortgage Co., Inc., et al.*
> United States District Court for the District of Maryland
> Case No. CB 00-cv-2881

Dear Ms. Cannon:

Enclosed please find an original and three copies of a Stipulation of Dismissal with Prejudice in the above-captioned matter.  Please date stamp two copies and return them to us in the enclosed self-addressed stamped envelope.

Thank you for your attention to this matter.

Very truly yours,

D. Christopher Ohly

DCO:mgs
Enclosures

cc:    Counsel of Record (*via first class mail*)

250 West Pratt Street, Suite 1100 • Baltimore, Maryland  21201 • 410.659.1400 • Fax: 410.659.1414
www.blankrome.com

105748.00601/50199764v1