IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
2002 SEP -6 P 2: 51

| | |
|---|---|
| NATIONAL MORTGAGE WAREHOUSE, LLC, | |
| v. | Civil Action No. CCB-00-2881 |
| BANKERS FIRST MORTGAGE CO., INC., et. al. | |
| SOVEREIGN BANK, | |
| v. | Civil Action No. CCB-01-057 |
| BANKERS FIRST MORTGAGE CO., INC., et. al. | |

**CONSOLIDATED UNDER**
**Civil Action No. CCB 00-2881**

### ORDER

For the reasons stated in the accompanying Memorandum, it is hereby Ordered that:

1. Trikeriotis's motion for summary judgment on the malpractice claims brought by Bankers First, Kent Baklor, and WUD is **GRANTED**;

2. Trikeriotis's motion for summary judgment on the malpractice claims brought by Diane Baklor is **DENIED**; and

3. copies of this Order and the accompanying Memorandum shall be sent to counsel of record.

9/06/02
Date

Catherine C. Blake
United States District Judge