IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| NATIONAL MORTGAGE WAREHOUSE, LLC, | * | |
| Plaintiff, | * | |
| v. | * | Case No. CCB-00-2881 |
| BANKERS FIRST MORTGAGE CO., INC., *et al.*, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| SOVEREIGN BANK, | * | |
| Plaintiff, | * | |
| v. | * | Case No. CCB-01-057 |
| BANKERS FIRST MORTGAGE CO., INC., *et al.*, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of the Motion for Leave to Withdraw Appearance of Counsel and Certificate Under Local Rule 101.2, it is this ___15th___ day of ___October___, 2002,

ORDERED, that the Motion for Leave to Withdraw Appearance of Counsel is GRANTED.

_____
JUDGE