UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
CATHERINE C. BLAKE
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-3220
Fax (410) 962-6836

November 12, 2002

Charles F. Rick Obrecht, Jr., Esq.
Obrecht and Obrecht
877 Old Baltimore Anapolis Boulevard
Suite 101
Severna Park, MD 21146

D. Christopher Ohly, Esquire
Blank, Rome, Comisky & McCauley
250 West Pratt Street, Suite 1100
Baltimore, MD 21201

Andrew Radding, Esquire
Adelberg, Rudow, Dorf & Hendler, LLC
600 Mercantile Bank & Trust Building
2 Hopkins Plaza
Baltimore, MD 21201-2927

Re: National Mortgage Warehouse, LLC v. Bankers First Mortgage Co., Inc., et al.;
Civil No. CCB-00-2881 **consolidated with:**
Sovereign Bank v. Bankers First Mortgage Co., Inc., et al.;
Civil No. CCB-01-57

Dear Counsel:

It appears that the Offer of Judgment in this case involving plaintiff Sovereign Bank, FSB, though accepted, inadvertently was not docketed. I am ordering it docketed now, effective November 30, 2001.

Sincerely yours,

Catherine C. Blake
United States District Judge

cc: Other Counsel
Court File