IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

SOVEREIGN BANK, FSB,     *

      Plaintiff,     *

v.     *     Civil Action No. CCB-00-CV-2881

BANKERS FIRST MORTGAGE     *
CO., INC.     *

      Defendants.     *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## OFFER OF JUDGMENT

Defendants Kent E. Baklor and Bankers First Mortgage Co., Inc., in accordance with Fed. R. Civ. P. 68, hereby offer to allow judgments to be taken against them as follows:

1.     As to Count I (action on note), Count III (action for fraud, deceit, and misrepresentation), Count IV (action for conspiracy), and Count V (action for conversion) of the Complaint, Bankers First Mortgage Co., Inc. offers to allow judgment to be taken against it, in favor of Plaintiff, Sovereign Bank, FSB, in the amount of $1,529,032.62, inclusive of costs accrued to date. The judgment as to Counts I, III, IV, and V shall be joint and several with the judgment as to Counts II, III, IV, and V against Kent E. Baklor, provided for in ¶ 2, below. Moreover, Bankers First Mortgage Co., Inc. shall retain the ability and right to assert claims for contribution, indemnity, or other

00536/0/00020237 WPDv1

*[Handwritten: Approved. The Clerk shall enter judgment accordingly pursuant to Fed R.Civ.P. 68. /s/ CMB — 11/12/02 nunc pro tunc 11/30/01]*

relief as against any other persons or entities, including persons or entities not already parties to this action, who or which may be liable to Sovereign Bank, FSB, or Bankers First Mortgage Co., Inc. for or on account of the losses asserted in the Complaint.

2. As to Count II (action on guaranty and surety agreement), Count III (action for fraud, deceit, and misrepresentation), Count IV (action for conspiracy) and Count V (action for conversion) of the Complaint, Kent E. Baklor offers to allow judgment to be taken against him, in favor of Plaintiff, Sovereign Bank, FSB, in the amount of $1,529,032.62, inclusive of costs accrued to date. The judgment as to Counts II, III, IV, and V shall be joint and several with the judgment as to Counts I, III, IV, and V against Bankers First Mortgage Co., Inc., provided for in ¶ 1, above. Moreover, Kent E. Baklor shall retain the ability and right to assert claims for contribution, indemnity, or other relief as against any other persons or entities, including persons or entities not already parties to this action, who or which may be liable to Sovereign Bank, FSB, or Kent E. Baklor for or on account of the losses asserted in the Complaint.

3. If this offer of judgment is accepted, Kent E. Baklor's and Bankers First Mortgage Co., Inc.'s total, joint-and-several debt to Sovereign Bank, FSB, under the judgments provided for in ¶¶ 1 and 2, above, is $1,529,032.62, and any recovery under any of those Counts shall reduce the indebtedness as to all of the other Counts.

Respectfully submitted,

_____
Andrew Jay Graham (Fed. No. 00080)
John A. Bourgeois (Fed. No. 11834)
KRAMON & GRAHAM, P.A.
One South Street, Suite 2600
Baltimore, Maryland 21202-3201
(410) 752-6030(410) 539-1269 (facsimile)

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of November 2001, copies of the foregoing document were sent by first-class mail, postage prepaid, to:

    Charles F. Obrecht, Jr., Esquire
    Obrecht and Obrecht
    877 Old Baltimore-Annapolis Blvd.
    Suite 101
    Severna Park, Maryland 21146

    Walter Weir, Esquire
    Weir & Partners
    The Widener Building, Suite 500
    Philadelphia, Pennsylvania 19107

    D. Christopher Ohly, Esquire
    Blank Rome Comisky & McCauley LLP
    250 West Pratt Street, Suite 1100
    Baltimore, Maryland 21201

    Andrew Radding, Esquire
    David B. Applefeld, Esquire
    Adelberg Rudow Dorf & Hendler, LLC
    600 Mercantile Bank & Trust Bldg.
    2 Hopkins Plaza
    Baltimore, Maryland 21201

    Herbert Better, Esquire
    Zuckerman Spaeder Goldstein Taylor & Better
    100 East Pratt Street, Suite 2440
    Baltimore, Maryland 21202

    Sidney G. Leech, Esquire
    Goodell DeVries Leech & Dann
    One South Street, 20th Floor
    Baltimore, Maryland 21202

Mark D. Maneche, Esquire
Venable Baetjer & Howard, LLP
1800 Mercantile Bank & Trust Building
2 Hopkins Plaza
Baltimore, Maryland 21201

Harvey Greenberg, Esquire
29 West Susquehanna Avenue, Suite 700
Towson, Maryland 21204

_____
John A. Bourgeois