UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
CATHERINE C. BLAKE
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-3220
Fax (410) 962-6836

September 30, 2003

David B. Applefeld, Esquire
Andrew Radding, Esquire
Adelberg, Rudow, Dorf & Hendler, LLC
600 Mercantile Bank & Trust Building
2 Hopkins Plaza
Baltimore, MD 21201-2927

Andrew C. White, Esquire
Susan Amiot, Esquire
201 North Charles Street
Suite 2600
Baltimore, MD 21201

  Re: National Mortgage Warehouse, LLC v. Bankers First Mortgage Co., Inc., et al.
     Civil No. CCB-00-2881

Dear Counsel:

  This will confirm the results of our telephone conference call yesterday.

  1. Christopher Trikeriotis' letter regarding unresolved discovery disputes is due **October 10, 2003**; any response is due **October 20, 2003**.

  2. The Defendants' Motion for Summary Judgment is due **November 30, 2003**; the response deadline is **December 30, 2003**; and any reply shall be filed by **January 14, 2004**.

  3. The pretrial conference is set for **May 7, 2004** at **9:15 a.m.** in my chambers (7D). Joint

voir dire, proposed jury instructions, and any motions in limine are due at the pretrial conference.[1]

    4. the jury trial of this case (4-5 days) is scheduled to begin **Tuesday, June 1, 2004**[2] at **10:00 a.m.** in Courtroom 7D. Counsel should come to my chambers at 9:30 a.m. that morning.

    Despite the informal nature of this letter, it is an Order of the Court and shall be docketed as such.

                                                    Sincerely yours,

                                                    /s/

                                                  Catherine C. Blake
                                                 United States District Judge

---

[1] The originals of any motions in limine should be electronically filed with the Clerk's Office.

[2] The date of May 31, 2004, as originally discussed in our conference call, is a federal holiday in observance of Memorial Day and the court is closed.