## ADELBERG, RUDOW, DORF & HENDLER, LLC.
ATTORNEYS AT LAW

David B. Applefeld

dapplefeld@adelbergrudow.com

also a member of:
District of Columbia Bar
Colorado Bar

600 Mercantile Bank & Trust Building
2 Hopkins Plaza
Baltimore, Maryland 21201-2927

www.adelbergrudow.com

Telephone
410-539-5195

Facsimile
410-539-5834

January 19, 2004

**VIA ELECTRONIC FILING**
Honorable Catherine C. Blake
United States District Judge
United States District Court
 for the District of Maryland
101 West Lombard St., Room 110
Baltimore, MD 21201

   Re: *National Mortgage Warehouse, LLC v. Bankers First Mortgage Co., Inc., et al.*
     *Case Number: CCB 00-CV-2881*

Dear Judge Blake:

  As you are aware, our office represents Christopher Trikeriotis and Title Express, Inc. in the above-captioned matter. Pursuant to your September 30, 2003 correspondence to counsel, on October 10, 2003 we wrote to you concerning our position on the pending discovery issues in the case, namely the completion of the deposition of Ms. Baklor and the discovery of the settlement agreement(s) entered between Ms. Baklor, Mr. Baklor and their companies with the Plaintiffs, National Mortgage Warehouse, LLC and Sovereign Bank. You provided the parties with a deadline of October 20, 2003 to oppose or respond to our requests. That deadline passed over two months ago and no response was filed. Likewise, the November 30, 2003 deadline for the Baklor parties to have filed a Motion for Summary Judgment has also passed, and no Motion was filed.

  Accordingly, I am enclosing a proposed Order granting the unopposed relief we requested.

            Respectfully Yours,

            David B. Applefeld

DBA/ps
 cc: Andew C. White, Esquire (via electronic filing/fax/mail-with enclosure)
   D. Christopher Ohly, Esquire (via electronic filing/fax/mail-with enclosure)
   Walter Weir, Jr., Esquire  (via electronic filing/mail-with enclosure)
   John A. Bourgeois, Esquire (via fax/mail-with enclosure)