IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **NATIONAL MORTGAGE WAREHOUSE, LLC** | * | |
| | * | |
| v. | | |
| | * | CASE NO: CCB 00-CV-2881 |
| **BANKERS FIRST MORTGAGE CO.** | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ENTRY OF APPEARANCE

Please enter the appearance of Andrew C. White and Susan Q. Amiot of the Law Offices of Andrew C. White, LLC as counsel for Diane Baklor in the above captioned matter.

Respectfully submitted,

_____/S/_____
Andrew C. White
Federal Bar No. 08821


_____/S/_____
Susan Q. Amiot
Federal Bar No. 22457


**LAW OFFICES OF ANDREW C. WHITE, LLC**
201 North Charles Street
Suite 2600
Baltimore, Maryland 21201
(410) 576-2200