IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

NATIONAL MORTGAGE
WAREHOUSE, LLC

    Plaintiff

v

BANKERS FIRST MORTGAGE CO.,
INC., et. al.

    Defendants

Case No. CCB-00-2881

* * * * *

SOVEREIGN BANK

    Plaintiff

v.

BANKERS FIRST MORTGAGE CO.,
INC., et. al.

    Defendants

Case No.: CCB

## ORDER

Upon consideration of Christopher Trikeriotis and Title Express, Inc.'s Motion to Compel Production of Settlement Agreements and to Ccompel Diane Baklor to Appear for a Continuation of her Deposition, the deadline imposed by this Court for filing oppositions having expired, and no opposition having been filed, the arguments of counsel and the applicable law, it is this 22nd day of January, 2004 ORDERED:

That within ten (10) calendar days of the date of this ORDER, National Mortgage Warehouse, LLC and Sovereign Bank SHALL provide Christopher Trikeriotis and Title Express, Inc. and their counsel with a complete copy of any settlement agreement entered into with any past

M:\116\Trikeriotis\order.sched.wpd - 01/18/01

or current party to this consolidated litigation. Any settlement agreement produced pursuant to this Order SHALL be used only for purposes of this litigation; and

2. That Diane Baylor SHALL appear for a continuation of her deposition to be taken at the offices of Christopher Trikeriotis and Title Express, Inc.'s counsel on or before February 27, 2004, on a date and time to be agreed by the parties. The continued deposition SHALL last for no more that three (3) hours, excluding any breaks. If the parties are unable to agree, the deposition SHALL be taken beginning at 1:00 p.m. on Friday, February 27, 2004

/s/ CCB
_____
JUDGE

M:\116\Trikeriotis\order.sched.wpd - 01/18/01          2