```
 1              MR. BOURGEOIS:  Just answer the
 2   question.
 3       A     I didn't.
 4              MR. MANECHE:  This may be a good time
 5   to break.
 6              THE WITNESS:  Yeah.
 7              MR. APPLEFELD:  Why don't we break.
 8              (12:38 p.m., luncheon recess.)
 9           AFTERNOON SESSION (2:10 p.m.)
10              MR. BOURGEOIS:  Let's go on the
11   record.
12              After the conclusion of this morning's
13   session there was a disagreement that arose between
14   counsel for Mr. Trikeriotis, et al. and me
15   representing the Baklor entities and parties regarding
16   the continuation, or the extent of the continuation of
17   Mrs. Baklor's deposition.  We have agreed to
18   compromise our various outrageous positions by as
19   follows:  We will terminate today's proceedings at
20   3:30.  Thereafter, Mrs. Baklor will submit to further
21   deposition at a date that we agreed upon for an
```

EXHIBIT A

1  additional, and no more than three hours on behalf of
2  the Trikeriotis parties, and providing reasonable
3  opportunity for the other parties who have not yet
4  joined in the deposition to have an opportunity.
5           Is that accurate?
6           MR. APPLEFELD:  That's correct.
7           MR. WHITE:  With that, I'm out of
8  here.
9           MR. BOURGEOIS:  Whereupon, Mr. White
10 departed the building.
11          (Mr. White left the room.)
12          (Mr. Trikeriotis did not return after
13 the lunch break.)
14 BY MR. APPLEFELD:
15    Q   Mrs. Baklor, you have filed claims for legal
16 malpractice against my client Christopher Trikeriotis
17 both in the Sovran case and the National Mortgage
18 case, and you filed those claims both individually and
19 on behalf of What's Up Doc.  Are you aware of that?
20    A   Yes.
21    Q   Can you tell me, Mrs. Baklor, has Mr.