# ADELBERG, RUDOW, DORF & HENDLER, LLC
### ATTORNEYS AT LAW

Andrew Radding

aradding@adelbergrudow.com

also a member of:
District of Columbia Bar
New York Bar

600 Mercantile Bank & Trust Building
2 Hopkins Plaza
Baltimore, Maryland 21201-2927

www.adelbergrudow.com

Telephone
410-539-5195

Facsimile
410-539-5834

November 5, 2002

Andrew White, Esq.
201 N. Charles Street, 26th Floor
Baltimore, Maryland 21201

      RE:    Diane Baklor

Dear Andy:

    As I indicated to you last month at the reception at Federal Court, we are very interested in completing Diane Baklor's deposition. Please get back to me with potential dates.

Very truly yours,

Andrew Radding

AR/rk

F:\WP\105\SEC\trikwhit.ltr.wpd

EXHIBIT