COPY

# ADELBERG, RUDOW, DORF & HENDLER, LLC
### ATTORNEYS AT LAW

Andrew Radding

aradding@adelbergrudow.com

also a member of:
District of Columbia Bar
New York Bar

600 Mercantile Bank & Trust Building
2 Hopkins Plaza
Baltimore, Maryland 21201-2927

www.adelbergrudow.com

Telephone
410-539-5195

Facsimile
410-539-5834

November 13, 2002

Andrew White, Esq.
201 N. Charles Street, 26th Floor
Baltimore, Maryland 21201

RE: Diane Baklor

Dear Andy:

I wrote to you on November 5, 2002 requesting dates for the deposition of Diane Baklor. I would add to that request that I would like copies of all documents that were not produced pursuant to document production or the previous deposition notices including, but not limited to, the settlement agreement between the Baklors and NMW/Sovereign.

Please let me know some dates that you and Ms. Baklor will be available so we can undertake the conclusion of discovery.

Very truly yours,

Andrew Radding

AR/rk

cc: Christopher Trikeriotis

F:\WP\105\SEC\trikwhit.lt3.wpd

EXHIBIT C