## ADELBERG, RUDOW, DORF & HENDLER, LLC
ATTORNEYS AT LAW

Andrew Radding

aradding@adelbergrudow.com

also a member of:
District of Columbia Bar
New York Bar

600 Mercantile Bank & Trust Building
2 Hopkins Plaza
Baltimore, Maryland 21201-2927

www.adelbergrudow.com

Telephone
410-539-5195

Facsimile
410-539-5834

December 12, 2002

Andrew White, Esq.
201 N. Charles Street, 26th Floor
Baltimore, Maryland 21201

RE: Diane Baklor

Dear Andy:

A month ago, you promised to get back to me the following week. That expired three weeks ago. Please call me to set up Diane Baklor's deposition or I'll have to set my own date and go forward.

Very truly yours,

Andrew Radding

AR/rk

cc: Christopher Trikeriotis
David B. Applefeld, Esq.

F:\WP\105\SEC\trikwhit.lt4.wpd

EXHIBIT D