**ADELBERG, RUDOW, DORF & HENDLER, LLC**
ATTORNEYS AT LAW

Andrew Radding

aradding@adelbergrudow.com

also a member of:
District of Columbia Bar
New York Bar

600 Mercantile Bank & Trust Building
2 Hopkins Plaza
Baltimore, Maryland 21201-2927

www.adelbergrudow.com

Telephone
410-539-5195

Facsimile
410-539-5834

COPY

January 13, 2003

Andrew White, Esq.
201 N. Charles Street, 26th Floor
Baltimore, Maryland 21201

RE: Diane Baklor

Dear Andy:

I have your letter of January 3, 2003 and I have spoken about it with Dave Applefeld. Dave and I both agree that your interpretation of this matter is wrong; the discussion that occurred was that we would hold off from completing Ms. Baklor's deposition in an attempt to settle the case. There were significant and ongoing attempts made with John Bourgeois while he was still in the case; they came to naught. Your client has not walked away from the litigation with Mr. Trikeriotis, therefore we cannot walk away from her and we need to conclude Ms. Baklor's deposition. If you decline to set a date, we will just have to go to Judge Blake and make this presentation to her.

Please consider this, discuss it with your client and get back to me.

Very truly yours,

Andrew Radding

AR/rk

cc: Christopher Trikeriotis
    David B. Applefeld, Esq.

F:\WP\105\Sec\trikwhit.lt5.wpd

EXHIBIT
E