**COPY**

# ADELBERG, RUDOW, DORF & HENDLER, LLC
ATTORNEYS AT LAW

Andrew Radding

aradding@adelbergrudow.com

also a member of:
District of Columbia Bar
New York Bar

600 Mercantile Bank & Trust Building
2 Hopkins Plaza
Baltimore, Maryland 21201-2927

www.adelbergrudow.com

Telephone
410-539-5195

Facsimile
410-539-5834

March 24, 2003

Andrew White, Esq.
201 N. Charles Street, 26th Floor
Baltimore, Maryland 21201

RE: Diane Baklor

Dear Andy:

Having heard nothing from anybody, I will take it that our discussions led nowhere and that no settlement is in the offing. Would you please give me available dates to complete Diane Baklor's deposition in April?

Very truly yours,

Andrew Radding

AR/rk

cc: Christopher Trikeriotis
David B. Applefeld, Esq.

F:\WP\105\SEC\trikwhit.lt6.wpd

**EXHIBIT F**