# ADELBERG, RUDOW, DORF & HENDLER, LLC
### ATTORNEYS AT LAW

Andrew Radding

aradding@adelbergrudow.com

also a member of:
District of Columbia Bar
New York Bar

600 Mercantile Bank & Trust Building
2 Hopkins Plaza
Baltimore, Maryland 21201-2927

www.adelbergrudow.com

Telephone
410-539-5195

Facsimile
410-539-5834

July 1, 2003

Andrew White, Esquire
201 N. Charles Street, 26th Floor
Baltimore, Maryland 21201

RE: Diane Baklor

Dear Andy:

I have written twice now to Chris Ohly. I have left him three telephone messages, he does not respond. We are going to have to sit in Diane Baklor's Deposition. Please call me with dates.

Very truly yours,

Andrew Radding

AR/ej

cc: Christopher Trikeriotis
M:\WP\105\Trikeriotis\White.9ltr.wpd

EXHIBIT G