## ADELBERG, RUDOW, DORF & HENDLER, LLC
ATTORNEYS AT LAW

Andrew Radding

aradding@adelbergrudow.com

also a member of:
District of Columbia Bar
New York Bar

600 Mercantile Bank & Trust Building
2 Hopkins Plaza
Baltimore, Maryland 21201-2927

www.adelbergrudow.com

Telephone
410-539-5195

Facsimile
410-539-5834

August 22, 2003

D. Christopher Ohly, Esquire
Blank, Rome, Comisky & McCauley, LLP
900 17th Street, N.W.
Washington, D.C. 20006

Re:   *National Mortgage Warehouse v. Joyce Trikeriotis*

Dear Chris:

Under separate cover, you will be receiving a copy of the Deposition Notice for Diane Baklor.

It is my understanding that certain judgments in favor of your clients, National Mortgage Warehouse and Sovereign Bank are joint and several. That being the case, I believe that my client, Christopher Trikeriotis, is entitled to know all payments that have been made towards satisfaction of those judgments and of your clients' alleged loss. Therefore, would you please provide me by return mail a statement of all payments that have been made and any further payments that you are expecting.

Very truly yours,

Andrew Radding

AR/jp

cc:   Christopher Trikeriotis

M:\WP\105\Trikeriotis\Sec\Ohly_ltr.wpd - 8/20/03

EXHIBIT
H