# ADELBERG, RUDOW, DORF & HENDLER, LLC
### ATTORNEYS AT LAW

Andrew Radding

aradding@adelbergrudow.com

also a member of:
   District of Columbia Bar
   New York Bar

600 Mercantile Bank & Trust Building
2 Hopkins Plaza
Baltimore, Maryland 21201-2927

www.adelbergrudow.com

Telephone
410-539-5195

Facsimile
410-539-5834

August 22, 2003

Andrew White, Esquire
201 N. Charles Street, 26th Floor
Baltimore, Maryland 21201

    Re:    *National Mortgage Warehouse, LLC v. Bankers First Mortgage Co., Inc., et al.*

Dear Andy:

    Enclosed please find Notice of Deposition for Diane Baklor for October 2, 2003 at 10:00 a.m. Although you have repeatedly refused to give me an agreed upon date for deposition, I have had to select one on my own. I am enclosing a copy of pages 599 and 600 of Ms. Baklor's previous deposition. Wherein, in your presence, Mrs. Baklor's other attorney, John Bourgeois, agrees to an additional 3 hours of deposition of Mrs. Baklor.

    Please let me know if you have any questions about this notice.

Very truly yours,

David B. Applefeld

DBA/jp
Enclosure

cc:    Christopher Trikeriotis

M:\WP\105\Trikeriotis\Sec\White-ltr.wpd

M:\WP\105\Trikeriotis\Sec\White-ltr.wpd - 8/20/03

EXHIBIT I