IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| NATIONAL MORTGAGE WAREHOUSE, LLC | * | |
| | * | |
| Plaintiff | * | |
| v. | * | Case No.: CCB 00 CV 2881 |
| BANKERS FIRST MORTGAGE CO., INC., et. al. | * | |
| | * | |
| Defendants | * | |

\* \* \* \* \* \* \*

## **ORDER**

Upon consideration of the Motion for Reconsideration filed on behalf of Diane Baklor, the Opposition filed on behalf of Christopher Trikeriotis and Title Express, Inc., and the applicable law, it is this ____ day of _____, 2004 ORDERED:

1. That the Motion for Reconsideration be and hereby is DENIED;

2. That within ten (10) calendar days of the date of this ORDER, National Mortgage Warehouse, LLC and Sovereign Bank SHALL provide Christopher Trikeriotis and Title Express, Inc. and their counsel with a complete copy of any settlement agreement entered into with any past or current party to this consolidated litigation. Any settlement agreement produced pursuant to this Order SHALL be used only for purposes of this litigation or any subsequent litigation arising out of the transactions at issue in this case;

3. That Diane Baklor SHALL appear for a continuation of her deposition to be taken at the offices of Christopher Trikeriotis and Title Express, Inc.'s counsel on or before February 27, 2004, on a date and time to be agreed by the parties. The continued deposition SHALL last for no

more that three (3) hours, excluding any breaks. If the parties are unable to agree to a date, the deposition SHALL be taken beginning at 1:00 p.m. on Friday, February 27, 2004; and

    4.    That Christopher Trikeriotis and Title Express, Inc. SHALL have the right to complete the deposition of the Designee of Plaintiff National Mortgage Warehouse, LLC. The continued deposition SHALL be taken at the offices of Christopher Trikeriotis and Title Express, Inc.'s counsel on or before March 12, 2004, on a date and time to be agreed by the parties. The continued deposition SHALL last for no more that three (3) hours, excluding any breaks. If the parties are unable to agree to a date, the deposition SHALL be taken beginning at 1:00 p.m. on Friday, March 12, 2004.

_____
JUDGE