IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

NATIONAL MORTGAGE WAREHOUSE, :
LLC :
:
      v. : CIVIL NO. CCB-00-2881
:
BANKERS FIRST MORTGAGE CO., INC. :

...o0o...

## ORDER

I have considered Diane Baklor's Motion for Reconsideration and the Opposition thereto. Considering the potential wasted resources if this case proceeds to trial unnecessarily,[1] and in light of the circumstances of Mr. Trikeriotis's conviction, and considering the delay in requesting that Mrs. Baklor's deposition be rescheduled, it is hereby **ORDERED** that:

    1. the Motion for Reconsideration is **Granted**;

    2. no further deposition of Diane Baklor will be permitted;

    3. Mr. Trikeriotis is allowed access to all settlement agreements entered into with any past or current party to this case on the express condition that the agreements will remain in the possession of Mr. Trikeriotis's counsel and that Mr. Trikeriotis will not receive copies of the documents for his personal use or possession;

    4. the defendant, Diane Baklor, may file a Motion for Summary Judgment no later than **March 5, 2004**.

---

[1] Counsel's failure to meet the deadline in the court's letter of September 30, 2003 is not condoned, but also is not sufficient to outweigh the interest in possibly avoiding a waste of resources if trial is not necessary.

| | |
|---|---|
| <u>February 23, 2004</u> | <u>         /s/         </u> |
| Date | Catherine C. Blake |
| | United States District Judge |