IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
|  | * |  |
| **NATIONAL MORTGAGE WAREHOUSE, LLC** | * |  |
| v. | * | Case No. CCB-00-CV-2881 |
| **BANKERS FIRST MORTGAGE CO.**, *et.al* | * |  |

* * * * *

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Third-party Counter-Claimants Diane Baklor and Cross-claimant Kent Baklor and Banker's First Mortgage (collectively "the Baklors"), and Third-Party Counter-Claim Defendants and Cross-Claim Defendants Title Express, Inc. and Christopher Trikeriotis (collectively "Trikeriotis"), together through their respective undersigned counsel, and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, hereby stipulate and agree that all of the Baklor's pending claims against Trikeriotis be dismissed with prejudice. The matters to be dismissed are as follows:

1) In Civil Action No. S-01-0057,[1] Diane Baklor's Counter-Claim (one count of legal malpractice) to Trikeriotis's Third-Party Claim;

2) In Civil Action No. S-01-0057, Bankers First Mortgage's and Kent Baklor's Cross-Claims against Trikeriotis for Indemnification and Contribution;

3) In Civil Action CCB-00-2881, Diane Baklor's Counter-Claim (one count of legal malpractice) to Trikeriotis's Third-Party Claim; and

---

[1] On February 5, 2001, this court consolidated Case No. S-01-0057 with CCB-00-2881.

4) In Civil Action CCB-00-2881, Bankers First Mortgage's and Kent Baklor's Cross-Claims against Trikeriotis for Indemnification and Contribution.[2]

| | |
|---|---|
| _____**/S/**_____ | _____**/S/**_____ |
| Andrew C. White | David Applefeld, Esquire |
| Susan Q. Amiot | Adelberg, Rudow, Dorf & Hendler |
| Law Offices of Andrew C. White, LLC | 600 Mercantile Bank & Trust Building |
| Suite 2600 | 2 Hopkins Plaza |
| 201 North Charles Street | Baltimore, MD 21201 |
| Baltimore, MD 21201 | 410-539-5195 , |
| 410-576-2200, | |
| | |
| *Attorneys for the Baklors* | *Attorneys for Christopher Trikeriotis* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of March, 2004, I sent a copy of the foregoing pleadings via Electronic Case Filing to all counsel of record, and by First Class U.S. Mail, postage prepaid, to the following:

D. Christopher Ohly, Esquire
Blank, Rome
250 West Pratt Street
Suite 1100
Baltimore, MD 21201,

*Attorneys for National Mortgage Warehouse*

_____**/S/**_____
Andrew C. White

---

[2] On September 6, 2002, the Court granted Trikeriotis' Motion for Summary Judgment with respect to Legal Malpractice claims against Trikeriotis brought by Kent Baklor, Banker's First Mortgage, and What's Up Doc Document Prep, Inc. (Court Paper No. 108)