IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|   |   |
|---|---|
| NATIONAL MORTGAGE WAREHOUSE, LLC | * |
| v. | *  Case No. CCB-00-CV-2881 |
| BANKERS FIRST MORTGAGE CO., *et.al* | * |

\* \* \* \* \*

### DIANE BAKLOR'S AND WHAT'S UP DOC'S MOTION FOR SUMMARY JUDGMENT AGAINST THIRD PARTY PLAINTIFFS CHRISTOPHER TRIKERIOTIS AND TITLE EXPRESS, INC.

Diane Baklor and What's Up Doc Document Prep, Inc., by and through their counsel, Andrew C. White and Susan Q. Amiot of the Law Offices of Andrew C. White, LLC, hereby move for Summary Judgment Against Third Party Plaintiffs Christopher Trikeriotis and Title Express, Inc. The grounds for this Motion are set forth in the accompanying Memorandum.

WHEREFORE, Diane Baklor and What's Up Doc Document Prep, Inc. request that the Court grant their motion, enter judgment in their favor on all Third Party Claims brought against them by Mr. Trikeriotis and Title Express, and issue the attached proposed Order.

Respectfully submitted,

_____/S/_____
Andrew C. White
Susan Q. Amiot
Law Offices of Andrew C. White, LLC
Suite 2600
201 North Charles Street
Baltimore, MD  21201
410-576-2200,
*COUNSEL FOR DIANE BAKLOR*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|   |   |   |
|---|---|---|
| | * | |
| **NATIONAL MORTGAGE** | * | |
| **WAREHOUSE, LLC** | | |
| v. | * | Case No.  CCB-00-CV-2881 |
| | | |
| **BANKERS FIRST MORTGAGE CO.**, *et.al* | * | |

\* \* \* \* \*

### ORDER

    Before the Court is Diane Baklor's and What's Up Doc Motion for Summary Judgment Against Third Party Plaintiffs Christopher Trikeriotis and Title Express, Inc. Having reviewed the motion and the memorandum in support thereof, as well as any opposition and reply in support thereof, the Court determines that it will GRANT the motion.  Accordingly, it is this ___ day of _____, 2004 ORDERED that:

1. Summary Judgment is granted on all Third Party Claims brought by Christopher Trikeriotis and Title Express, Inc. against Diane Baklor and What's Up Doc Document Prep, Inc. in favor of Diane Baklor and What's Up Document Prep, Inc.

2. Specifically, summary judgment is granted in favor of Diane Baklor and What's Up Document Prep, Inc. on the following Counts:

    a. Counts I, II, and III on the Amended Third Party Complaint in Case No. CCB-00-cv-02881; and

    b. Counts I, II, III, and IV on the Third Party Complaint in Case No. S-01-cv-0057.

3. The Clerk of the Court shall serve a copy of this Order on all counsel of record.

_____
CATHERINE C. BLAKE
United States District Judge

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of March, 2004, I sent a copy of the foregoing pleadings via Electronic Case Filing to all counsel of record, to the following:

David Applefeld, Esquire
Adelberg, Rudow, Dorf & Hendler
600 Mercantile Bank & Trust Building
2 Hopkins Plaza
Baltimore, MD 21201

*Attorneys for Christopher Trikeriotis*

D. Christopher Ohly, Esquire
Blank, Rome
250 West Pratt Street
Suite 1100
Baltimore, MD 21201,

*Attorneys for National Mortgage Warehouse*

                                        /S/
                               Andrew C. White