## ADELBERG, RUDOW, DORF & HENDLER, LLC

ATTORNEYS AT LAW

David B. Applefeld

dapplefeld@adelbergrudow.com

also a member of:
   District of Columbia Bar
   Colorado Bar

600 Mercantile Bank & Trust Building
2 Hopkins Plaza
Baltimore, Maryland 21201-2927

www.adelbergrudow.com

Telephone
410-539-5195

Facsimile
410-539-5834

March 12, 2004

**VIA ELECTRONIC FILING**
Honorable Catherine C. Blake
United States District Judge
United States District Court
 for the District of Maryland
101 West Lombard St., Room 110
Baltimore, MD 21201

      *Re:*   *National Mortgage Warehouse, LLC v. Bankers First Mortgage Co., Inc., et al.*
             *Case Number: CCB 00-CV-2881*

Dear Judge Blake:

    Attached for your approval is a Stipulation for Extension of Time signed by myself and counsel for Diane Baklor and What's Up Doc Document Prep, Inc.

                                            Respectfully Yours,

                                            David B. Applefeld

DBA/ps
cc:   Andew C. White, Esquire (via electronic filing)
       D. Christopher Ohly, Esquire (via electronic filing)
       Walter Weir, Jr., Esquire  (via electronic filing)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| NATIONAL MORTGAGE WAREHOUSE, LLC | * | |
| | * | |
| Plaintiff | * | |
| v. | * | Case No.: CCB 00 CV 2881 |
| BANKERS FIRST MORTGAGE CO., INC., et. al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \*

## STIPULATION FOR EXTENSION OF TIME

Now come Christopher Trikeriotis and Title Express, Inc., and Diane Baklor and What's Up Doc Document Prep, Inc., by their undersigned counsel and hereby stipulate and agree to extend the deadline for Christopher Trikeriotis and Title Express, Inc. to respond to the Motion for Summary Judgment filed on behalf of Diane Baklor and What's Up Doc Document Prep, Inc. until and including Friday, April 9, 2004.

| | |
|---|---|
| ANDREW C. WHITE | DAVID B. APPLEFELD |
| Law Offices of Andrew C. White, LLC | Adelberg, Rudow, Dorf & Hendler, LLC |
| 201 N. Charles Street, Suite 2600 | 600 Mercantile Bank & Trust Building |
| Baltimore, Maryland 21201 | 2 Hopkins Plaza |
| (410) 576-2200 | Baltimore, Maryland 21201 |
| | (410) 539-5195 |
| *Attorney for Diane Baklor and* | |
| *What's Up Doc Document Prep, Inc.* | *Attorneys for Christopher Trikeriotis and Title Express, Inc.* |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of March, 2004, a copy of the foregoing Stipulation for Extension of Time was served by electronic filing upon: Andrew C. White, Esquire, Law Offices of Andrew C. White, LLC, 201 North Charles Street, Baltimore, Maryland 21201, Walter Weir, Esquire, Weir & Partners, LLP, The Widener Building, Suite 500, Philadelphia, Pennsylvania 19107, and D. Christopher Ohly, Esquire, Blank Rome LLP, Watergate, 600 New Hampshire Avenue, N.W., Washington, DC 20037.

_____
DAVID B. APPLEFELD