IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| NATIONAL MORTGAGE WAREHOUSE, LLC | * | |
| Plaintiff | * | |
| v. | * | |
| | * | Case No.: CCB 00 CV 2881 |
| BANKERS FIRST MORTGAGE CO., INC., et. al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \*

## MOTION TO WITHDRAW APPEARANCE OF COUNSEL

Now comes Andrew Radding, David B. Applefeld and Adelberg, Rudow, Dorf & Hendler, LLC, attorneys for Christopher Trikeriotis and Title Express, Inc. (collectively "Trikeriotis"), two of the Defendants, Cross-Claimants and Third Party Plaintiffs, and file this Motion to Withdraw Appearance of Counsel pursuant to Federal Rules of Civil Procedure, as well as Civil Rule 101 of the Local Rules of the United States District Court for the District of Maryland, and state:

1.  On Monday March 8, 2004 the undersigned present counsel for Trikeriotis notified Trikeriotis of their intention to withdraw as counsel in this litigation in compliance with Civil Rule 101 of the Local Rules of the United States District Court for the District of Maryland

3.  A copy of the Certificate of Notice of Intent to Withdraw is attached hereto as *Exhibit A*, and incorporated by reference herein.

4.  More than five days have passed since Trikeriotis was notified of undersigned counsel's intention to move to withdraw as counsel in this action.

5.  Trikeriotis has authorized undersigned counsel to represent to the Court that he consents to this Motion to withdraw.

WHEREFORE, pursuant to Federal Rules of Civil Procedure, as well as Civil Rule 101 of the Local Rules of the United States District Court for the District of Maryland, Andrew Radding, David B. Applefeld and Adelberg, Rudow, Dorf & Hendler, LLC, request the withdrawal of their appearance as attorneys for Christopher Trikeriotis and Title Express, Inc., two of the Defendants, Cross-Claimants and Third Party Plaintiffs.

ANDREW RADDING (#00195)
DAVID B. APPLEFELD (#08311)
ADELBERG, RUDOW, DORF & HENDLER, LLC
600 Mercantile Bank & Trust Bldg.
2 Hopkins Plaza
Baltimore, MD 21201
410/539-5195

*Attorneys for Christopher Trikeriotis and Title Express, Inc.*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of March, 2004, a copy of the foregoing Motion to Withdraw Appearance of Counsel was served via fist class mail, post pre-paid and by electronic filing upon: Christopher Trikeriotis, 14915 Dunstan Lane, Monkton, MD 21111, Title Express, Inc., c/o Christopher Trikeriotis, Resident Agent, 14915 Dunstan Lane, Monkton, MD 21111, Andrew C. White, Esquire, Law Offices of Andrew C. White, LLC, 201 North Charles Street, Baltimore, Maryland 21201, Walter Weir, Esquire, Weir & Partners, LLP, The Widener Building, Suite 500, Philadelphia, Pennsylvania 19107, and D. Christopher Ohly, Esquire, Blank Rome LLP, Watergate, 600 New Hampshire Avenue, N.W., Washington, DC 20037

DAVID B. APPLEFELD