IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NATIONAL MORTGAGE WAREHOUSE, LLC | * |
| Plaintiff | * |
| v. | * |
| | *   Case No.: CCB 00 CV 2881 |
| BANKERS FIRST MORTGAGE CO., INC., et. al. | * |
| Defendants | * |

\* \* \* \* \* \* \*

## ORDER

Upon consideration of the Motion to Withdraw Appearance of Counsel filed by Andrew Radding, David B. Applefeld and Adelberg, Rudow, Dorf & Hendler, LLC, and the applicable law, it is this _____ day of _____, 2004 ORDERED:

1. That the Motion be and hereby is GRANTED;

2. That the appearance of Andrew Radding, David B. Applefeld and Adelberg, Rudow, Dorf & Hendler, LLC, attorneys for Christopher Trikeriotis and Title Express, Inc., two of the Defendants, Cross-Claimants and Third Party Plaintiffs, be and hereby is STRICKEN;

3. That until new counsel enters an appearance on behalf of Christopher Trikeriotis, he will be deemed to be proceeding *pro se;*

4. That Title Express, Inc. has thirty (30) days from the date of filing the Motion to Withdraw Appearance of Counsel to enter a new counsel's appearance or be subject to the dismissal of its claims and/or default judgment on claims against it.

_____
JUDGE

M:\116\Trikeriotis\pleadings\withdraw.wpd -3/15/04