IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NATIONAL MORTGAGE WAREHOUSE, LLC | * |
| Plaintiff | * |
| v. | * Case No.: CCB 00 CV 2881 |
| BANKERS FIRST MORTGAGE CO., INC., et. al. | * |
| Defendants | * |

\* \* \* \* \* \* \*

**CERTIFICATE OF NOTICE OF INTENTION TO FILE
MOTION TO WITHDRAW APPEARANCE OF COUNSEL**

Andrew Radding, David B. Applefeld and Adelberg, Rudow, Dorf & Hendler, LLC, attorneys for Christopher Trikeriotis and Title Express, Inc., two of the Defendants, Cross-Claimants and Third Party Plaintiffs, do hereby certify that:

1. On the March 8, 2004, pursuant to Federal Rules of Civil Procedure, as well as Civil Rule 101 of the Local Rules of the United States District Court for the District of Maryland, written notice of counsel's intention to withdraw was hand-delivered to:

   Mr. Christopher Trikeriotis
   14915 Dunstan Lane
   Monkton, MD 21111

This written notice was sent at least five (5) days prior to the filing of the Motion to Withdraw Appearance of Counsel and advised the client either to have new counsel enter an appearance or to advise the Clerk that the client will be proceeding without counsel.

2. On the March 8, 2004, pursuant to Federal Rules of Civil Procedure, as well as Civil Rule 101 of the Local Rules of the United States District Court for the District of Maryland, written notice of counsel's intention to withdraw was hand-delivered to:

Title Express, Inc.
c/o Mr. Christopher Trikeriotis, Resident Agent
14915 Dunstan Lane
Monkton, MD 21111

This written notice was sent at least five (5) days prior to the filing of the Motion to Withdraw Appearance of Counsel and notified Title Express, Inc. that it must have new counsel enter an appearance or be subject to the dismissal of its claims and/or default judgment on claims against it.

_____
ANDREW RADDING (#00195)
DAVID B. APPLEFELD (#08311)
ADELBERG, RUDOW, DORF & HENDLER, LLC
600 Mercantile Bank & Trust Bldg.
2 Hopkins Plaza
Baltimore, MD 21201
410/539-5195

*Attorneys for Christopher Trikeriotis and
Title Express, Inc.*