IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

NATIONAL MORTGAGE
WAREHOUSE, LLC

    Plaintiff

v.

BANKERS FIRST MORTGAGE CO.,
INC., et. al.

    Defendants

Case No.: CCB 00 CV 2881

## ORDER

Upon consideration of the Motion to Withdraw Appearance of Counsel filed by Andrew Radding, David B. Applefeld and Adelberg, Rudow, Dorf & Hendler, LLC, and the applicable law, it is this 22nd day of March, 2004 ORDERED:

1    That the Motion be and hereby is GRANTED;

2.    That the appearance of Andrew Radding, David B. Applefeld and Adelberg, Rudow, Dorf & Hendler, LLC, attorneys for Christopher Trikeriotis and Title Express, Inc., two of the Defendants, Cross-Claimants and Third Party Plaintiffs, be and hereby is STRICKEN;

3.    That until new counsel enters an appearance on behalf of Christopher Trikeriotis, he will be deemed to be proceeding *pro se;*

4.    That Title Express, Inc. has thirty (30) days from the date of filing the Motion to Withdraw Appearance of Counsel to enter a new counsel's appearance or be subject to the dismissal of its claims and/or default judgment on claims against it.

                                         /s/
                                      JUDGE

M:\116\Trikeriotis\pleadings\withdraw.wpd -3/15/04