UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
CATHERINE C. BLAKE
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-3220
Fax (410) 962-6836

April 14, 2004

Christopher Trikeriotis
14915 Dunstan Lane
Monkton, MD 21111

Re:   National Mortgage Warehouse v. Bankers First Mortgage Co., Inc., et al.
      Case No. CCB-00-2881

Dear Mr. Trikeriotis:

    I have reviewed your letter of April 12, 2004. You are exempt from complying with the ECF procedures and may file documents with the court in paper form. Court personnel will scan the documents so that they appear on the electronic docket. You will be sent paper copies of any correspondence or rulings from the court, and I request that counsel for any parties remaining in the case serve you with paper copies of any documents they file electronically.

    Further, your Motion for Postponement (docket no. 138) of the trial date is **Granted**, as I have a conflicting criminal trial that needs to proceed on June 1, 2004. A new date will be set, if necessary, after the pending motions are resolved.

    Despite the informal nature of this letter, it is an Order of the Court and shall be docketed as such.

Sincerely yours,

/s/

Catherine C. Blake
United States District Judge

cc:   Andrew C. White, Esquire
      Susan Q. Amiot, Esquire