IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

NATIONAL MORTGAGE  \*
WAREHOUSE, LLC

v.  \*  Case No. CCB-00-CV-2881

BANKERS FIRST MORTGAGE CO., et. al  \*

\* \* \* \* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL WITH PREJUDICE

Third Party Plaintiff and Cross-Claim Plaintiff, Christopher Trikeriotis ("Trikeriotis") and Third Party Defendants Diane Baklor and What's Up Doc, Document Prep. Inc. and Cross-Claim Defendant Kent E. Baklor, pursuant to Rule 41 (a) of the Federal Rules of Civil Procedure, hereby stipulate and agree that all of Trikeriotis' pending claims against Third Party Defendants and Cross Claim Defendant, except for his claims for Contribution, be dismissed with prejudice. It is specifically agreed that this dismissal is not intended to dismiss Trikeriotis' contribution claims against Third Party Defendants and Cross-Claim Defendant. The matters to be dismissed are as follows:

### Amended Cross-Claim in Case No.: CCB-00-CV-2881

Trikeriotis' Count I "Indemnity" and Count III "Defamation" against Kent Baklor.

### Amended Third Party Complaint in Case No.: CCB-00-CV-2881

Trikeriotis' Count I "Indemnity" and Count III "Defamation" against Diane Baklor and What's Up Doc, Document Prep, Inc.

### Cross-Claim in Case No.: S-01-057

Trikeriotis' Count I "Indemnity", Count III "Tortious Interference with Contract and Count V "Conspiracy" against Kent Baklor.

<u>Third Party Complaint in Case No.: S-01-057</u>

Trikeriotis' Count I "Indeminity", Count III " Tortious Interference with Contract" and Count IV "Conspiracy" against Diane Baklor and What's Up Doc, Document Prep, Inc.

_____
Christopher Trikeriotis, Pro Se
14915 Dunstan Lane
Monkton, Maryland 21111
Tel. No.: 410-628-1809
Fax. No.: 410-628-0554
E-Mail: christrikeriotis@comcast.net

/s/ (see attached)
_____
Andrew C. White, Esq.
Susan Q. Amiot, Esq.
Law Offices of Andrew C. White
Suite 2600
210 North Charles Street
Baltimore, Maryland 21201
410-576-2200

Attorneys for Diane Baklor, Kent E. Baklor and What's Up Doc, Document Prep, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that of this ____ day of April, 2004 I mailed by first class mail postage prepaid a copy of the foregoing to D. Christopher Ohly, Esq., Blank Rome, LLP, Watergate, 600 New Hampshire Avenue, N.W., Washington, DC 20037, attorneys for Plaintiffs National Mortgage Warehouse, LLC and Sovereign Bank.

_____
Christopher