IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | | |
|---|---|---|
| NATIONAL MORTGAGE WAREHOUSE, LLC, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. CCB-01-CV-3275 |
| BANKERS FIRST MORTGAGE CO., et al., | : | |
| Defendants. | : | |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**INTERIM SEALING MOTION**

Pursuant to Local Rule 105.11 and the Stipulated Protective Order entered by the Court in this Case, the Plaintiff, National Mortgage Warehouse, LLC ("National Mortgage Warehouse"), files this Interim Sealing Motion to accompany its submission of purportedly confidential material included in, and attached to its Memorandum in Opposition to Motion of Third Party and Cross-Complaint Christopher Trikeriotis' Motion for Contempt and Sanction (the "Opposition") and states as follows:

1.  In support of its Opposition, National Mortgage Warehouse has referenced in the Opposition, as well as attached as exhibits, copies of certain Settlement Agreement documents that, under the terms of the Order of the Court, should only be provided to Mr. Trikeriotis' counsel, and not to Mr. Trikeriotis himself. Mr. Trikeriotis is now without counsel and represents himself, *pro se*.

2.    In an attempt to abide by these requirements, National Mortgage Warehouse has placed the attached copies of the Settlement Agreement documents in an envelope affixed with a label requesting confidential treatment of the documents.

WHEREFORE, National Mortgage Warehouse requests that this Court grant its Interim Sealing Motion, and place the attached copies of the Settlement Agreement documents under Seal, until further order of the Court.

Respectfully submitted,

/s/
D. Christopher Ohly, Fed. Bar No. 01725
BLANK ROME LLP
600 New Hampshire Avenue, NW
12th Floor, Watergate
Washington, DC 20037
Phone (202) 772-5828
Facsimile (202) 572-1428

*Counsel for the Plaintiff,*
*National Mortgage Warehouse, LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 28th day of April 2004, a copy of the foregoing Interim Sealing Motion, which was electronically filed with the Court, as well as electronically mailed to Christopher Trikeriotis, 14915 Dunstan Lane, Monkton, MD 21111 and Andrew C. White, Esq., Law Offices of Andrew C. White, LLC, Suite 2600, 201 North Charles Street, Baltimore, MD 21201.

                                            /s/
                                   D. Christopher Ohly

105748.00601/35625387v1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**Northern Division**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| NATIONAL MORTGAGE WAREHOUSE, LLC., | : |
| Plaintiff, | : |
| v. | :  Civil Action No. CCB-01-CV-3275 |
| BANKERS FIRST MORTGAGE CO., et al. | : |
| Defendants. | : |
| | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**ORDER**

Upon consideration of the Interim Sealing Motion filed by the Plaintiff, National Mortgage Warehouse, LLC, it is this ____ day of _____, 2004, hereby

ORDERED that the documents attached as Exhibits 2 to 5 to Plaintiff's Memorandum in Opposition to Motion of Third Party and Cross-Complaint Plaintiff Christopher Trikeriotis' Motion for Contempt and Sanctions, shall be SEALED pursuant to Local Rule 105.11 until further Order of the Court.

_____
Judge, United States District Court
  for the District of Maryland