UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
NATIONAL MORTAGE WAREHOUSE, LLC., :

       Plaintiff, :

       Civil Action No. CCB-01-cv-3275

  v. :

BANKERS FIRST MORTGATE CO., et al. :
        :
       Defendants.
        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

### NOTICE OF FILING OF DOCUMENT UNDER SEAL

Certain exhibits of Plaintiff's Memorandum in Opposition to Motion of Third Party and Cross-Complaint Plaintiff Christopher Trikeriotis' Motion for Contempt and Sanctions, will be filed with the Clerk's Office in paper format so that it may be placed under seal.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the document identified above.

April 28, 2004

                              /s/
                        D. Christopher Ohly
                        Federal Bar No. 01725
                        BLANK ROME LLP
                        Watergate
                        600 New Hampshire Avenue
                        Washington, DC 20037
                        (202) 944-3000

                        Attorneys for Plaintiff,
                        *National Mortgage Warehouse, LLC.*