UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
CATHERINE C. BLAKE
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-3220
Fax (410) 962-6836

May 3, 2004

Jason M. Reiser, Esquire
Weir & Partners, LLP
Suite 500
The Widener Building
1339 Chestnut Street
Philadelphia, PA 19107

D. Christopher Ohly, Esquire
Blank Rome LLP
Watergate
600 New Hampshire Avenue, N.W.
Washington, D.C. 20037

Andrew C. White, Esquire
Susan Q. Amiot, Esquire
201 N. Charles Street, 26th Floor
Baltimore, MD 21201

Christopher Trikeriotis
14915 Dunstan Lane
Monkton, MD 21111

      Re:    <u>National Mortgage Warehouse v. Bankers First Mortgage Co., Inc., et al.
                 Case No. CCB-00-2881</u>

Dear Counsel and Mr. Trikeriotis:

      This is in response to an April 28, 2004 letter from counsel for Sovereign Bank, Jason M. Reiser, which was faxed to my chambers, requesting an extension of time to respond to Mr. Trikeriotis's Motion for Contempt and Sanctions. An extension until **May 24, 2004** is granted for all parties who have not yet responded to any outstanding motion.

      Despite the informal nature of this letter, it is an Order of the Court and shall be docketed as such.

                Sincerely yours,

                /s/

                Catherine C. Blake
                United States District Judge