LAW OFFICES
# WEIR & PARTNERS LLP
SUITE 500
THE WIDENER BUILDING
1339 CHESTNUT STREET
PHILADELPHIA, PA 19107

(215) 665-8181
FAX (215) 665-8464

**JASON M. REISER**

ALSO MEMBER NJ BAR
DIRECT DIAL 215-241-7717
E-MAIL jreiser@weirpartners.com

NEW JERSEY OFFICE

215 FRIES MILL ROAD
TURNERSVILLE, NJ 08012

(856) 740-1490
FAX (856) 740-1491

DELAWARE OFFICE

824 MARKET STREET MALL
SUITE 1001
PO BOX 708
WILMINGTON, DE 19899

(302) 652-8181
FAX (302) 652-8909

April 28, 2004

**VIA TELEFAX**
Honorable Catherine C. Blake
United States District Judge
United State District Court
For the District of Maryland
101 West Lombard Street, Room 110
Baltimore, MD  21201

Re:   National Mortgage Warehouse, LLC v. Bankers First
       Mortgage Co., Inc., et al.
       Case Number:  CCB 00-CV-2881

Dear Judge Blake:

As you may remember this office represents Sovereign Bank in connection with the above-captioned matter. It has come to my attention today through a conversation with Mr. Ohly, that Mr. Trikeriotis filed a Motion for Contempt against both National Mortgage Warehouse and my client, Sovereign Bank. However, Mr. Trikeriotis mistakenly believed that Mr. Ohly represented <u>both</u> National Mortgage Warehouse and Sovereign Bank. As a result, I was not provided a copy of the Motion which I understand was filed on April 9, 2004. Mr. Ohly is forwarding me a set of the documentation shortly.

I am writing to advise Your Honor of this matter, and to ask for an extension or until May 10, 2004 to respond to this Motion appropriately. I hope Your Honor will accept this informal request in lieu of a motion given the circumstances.

Respectfully,

Jason M. Reiser

JMR/mml
cc:   D. Christopher Ohly, Esquire
       Andrew C. White, Esquire
       Christopher Trikeriotis
       Mr. Rick Geld
206694-1