# CHRISTOPHER TRIKERIOTIS
### 14915 DUNSTAN LANE
### MONKTON, MARYLAND 21111
### TEL. 410-628-1809
### FAX. 410-628-0554
### E-MAIL - christrikeriotis@comcast.net

May 7, 2004

The Honorable Catherine Blake
United States District Court
101 West Lombard Street
Room 7D
Baltimore, Maryland 21201

    Re: National Mortgage Warehouse, LLC v. Bankers First Mortgage Co., Inc.
          Civil Action No.: CCB-00-CV-2881

Dear Judge Blake:

    I received yesterday, May 6, 2004 a copy of Mr. Ohly's letter dated April 29, 2004 attaching a Memorandum in Opposition to Motion of Third Party and Cross-Complaint Plaintiff Christopher Trikeriotis' Motion for Contempt and Sanctions. In light of the representations made by Mr. Ohly in his correspondence of April 29, 2004, I am hereby withdrawing my Motion for Contempt against Sovereign and their attorneys, Weir and Partners, LLP and Jason Reiser, Esq.

    In light of the representations made by Mr. Ohly in the Memorandum, I am requesting that I be given until May 24, 2004, the day you set for any party to file a response to my Motion, to respond to the Memorandum.

    If you have any questions or comments concerning this correspondence, please do not hesitate to contact me.

                                    Very truly yours,

                                    Christopher Trikeriotis

cc:    Andrew White, Esq.
       D. Christopher Ohly, Esq.
       Jason M. Reiser, Esq.

RECEIVED IN THE OFFICE O
CATHERINE C. BLAKE

UNITED STATES DISTRICT JUDGE