LAW OFFICES
# WEIR & PARTNERS LLP
SUITE 500
THE WIDENER BUILDING
1339 CHESTNUT STREET
PHILADELPHIA, PA 19107-3519

(215) 665-8181
FAX (215) 665-8464

WALTER WEIR, JR.

ALSO MEMBER NJ BAR & DC BAR
DIRECT DIAL 215-241-7751
E-MAIL wweir@weirpartners.com

NEW JERSEY OFFICE

215 FRIES MILL ROAD
TURNERSVILLE, NJ 08012

(856) 740-1490
FAX (856) 740-1491

DELAWARE OFFICE

824 MARKET STREET MALL
SUITE 1001
PO BOX 708
WILMINGTON, DE 19899

(302) 652-8181
FAX (302) 652-8909

May 18, 2004

Honorable Catherine C. Blake
United States District Judge
United State District Court
For the District of Maryland
101 West Lombard Street, Room 110
Baltimore, MD 21201

Re: National Mortgage Warehouse, LLC v. Bankers First Mortgage Co., Inc., et al.
Case Number: CCB 00-CV-2881

Dear Judge Blake:

Based on correspondence we have received from Christopher Trikeriotis, he has agreed to withdraw his Motion for Sanctions against Sovereign Bank and this firm. As Mr. Ohly already noted in his Memorandum Response, the settlement documents that have been already produced are accurate copies thereof, same for signature pages, of the agreement reached with Diane and Kent Baklor. That is the only agreement in existence that relates to how the Baklors are to reimburse Sovereign and National Mortgage Warehouse for the indebtedness owed to them. Accordingly, Sovereign will have nothing further to produce with respect to Mr. Trikeriotis' request.

WEIR & PARTNERS LLP
Honorable Catherine C. Blake
May 18, 2004
Page 2

      Unless I hear differently therefore, we do not anticipate producing any documents in response to Mr. Trikeriotis' request. If our understanding of the various motions and correspondence is incorrect, I would ask that counsel notify me immediately. We appreciate Your Honor's patience and consideration of this letter.

Respectfully,

Walter Weir, Jr. /jmr

Walter Weir, Jr.

WWJr./mml

cc:    D. Christopher Ohly, Esquire
      Andrew C. White, Esquire
      Christopher Trikeriotis
      Richard Geld

208248-1