# CHRISTOPHER TRIKERIOTIS

14915 DUNSTAN LANE
MONKTON, MARYLAND 21111
TEL. 410-628-1809
FAX. 410-628-0554
E-MAIL - christrikeriotis@comcast.net

May 20, 2004

VIA FACSIMILE 410-962-6836

The Honorable Catherine Blake
United States District Court
101 West Lombard Street
Room 7D
Baltimore, Maryland 21201

> Re: National Mortgage Warehouse, LLC v. Bankers First Mortgage Co., Inc.
> Civil Action No.: CCB-00-CV-2881

Dear Judge Blake:

I have had an opportunity to meet with Mr. Ohly concerning among other things, the Motion for Contempt and Sanctions that I filed and which is presently before the Court. As a result of our meeting, coupled with the fact that the settlement agreements have been placed with the Court pending further ruling as to how I am to access the agreements, I am hereby withdrawing the Motion for Contempt without prejudice to re-file it at a later date, once I have had an opportunity to review the agreements.

On an unrelated matter, Mr. White's father recently passed away and as a result I have agreed to an extension until June 4, 2004 for his client's to file a reply to my Response in Opposition to Diane Baklor's Motion for Summary Judgment.

If you have any questions or comments concerning this correspondence, please do not hesitate to contact me.

Very truly yours,

Christopher Trikeriotis

cc: Andrew White, Esq.
D. Christopher Ohly, Esq
Jason M. Reiser, Esq.

*[Handwritten annotations: "extension until 6/18/04 CCB"; "Approved CCB"; "RECEIVED IN THE OFFICE O CATHERINE C. BLAKE 2004 MAY 26 P 2:5"]*