IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| National Mortgage Warehouse, LLC | X | |
|     Plaintiff | * | |
|     v. | * | CASE NO.: CCB 00-cv-2881 |
| Timothy Burgess | * | |
|     Defendant | * | |

\* \* \* \* \* \* X \* \* \* \* \* \*

| | | |
|---|---|---|
| Sovereign Bank, FSB | X | |
|     Plaintiff | * | |
|     v. | * | CASE NO.: S-01-57 |
| Timothy Burgess | * | |
|     Defendant | * | |

\* \* \* \* \* \* X \* \* \* \* \* \*

## STIPULATION DISMISSING ACTION WITH PREJUDICE

WHEREAS, Plaintiffs, National Mortgage Warehouse, LLC ("NMW") and Sovereign Bank, FSB ("Sovereign"), and Defendant, Timothy Burgess ("Burgess"), have entered into an agreement to resolve these matters as to Defendant Burgess only; and

WHEREAS, it is in the interest of all parties to dismiss this civil action as to Defendant Burgess; and

WHEREAS, NMW and Sovereign, on the one hand, and Burgess, on the other hand, by their respective counsel, and pursuant to Fed.R.Civ.P. 41(a)(2), hereby evidence their consent to the immediate dismissal of this action against Defendant Burgess only.

NOW THEREFORE, it is hereby agreed by and between NMW and Sovereign, on the one hand, and Burgess, on the other hand, and upon Court approval, it is, this ___ day of _____, 2004, hereby ordered, adjudged and decreed that this civil action is dismissed as to Defendant Burgess, with prejudice, and that entry of this dismissal shall not affect the validity or enforceability of any other judgment entered in this case.

_____
United States District Judge

CONSENTED TO:

_____
Mark A. Binstock
Federal Bar No. 02987
Paley Rothman
4800 Hampden Lane, 7th Floor
Bethesda, MD 20814
301-951-9332

Attorney for Timothy Burgess

_____
D. Christopher Ohly
Federal Bar No. 01725
Blank Rome LLP
600 New Hampshire Avenue, NW
Washington, DC 20037
202-772-5828

Attorneys for National Mortgage Warehouse, LLC

_____
Jason Reiser
Federal Bar No. 82334 01524
Weir & Partners, LLP
1339 Chestnut Street, Suite 500
Philadelphia, PA 19107
215-665-8181

Attorney for Sovereign Bank, FSB

-2-