IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

NATIONAL MORTGAGE : 
 WAREHOUSE, LLC :
:
:
v. : Civil No. CCB-00-2881
: CCB-01-0057
:
BANKERS FIRST MORTGAGE CO., et. al :
:

## ORDER

For the reasons stated in the accompanying Memorandum, it is hereby Ordered that:

1. the defendant's motion for summary judgment (docket entry no. 129) is **GRANTED**;

2. all claims by Trikeriotis and Title Express, Inc. against Diane Baklor and What's Up Document Prep, Inc. shall be **DISMISSED**;

3. the clerk shall **CLOSE** Civil No. CCB-00-2881 and CCB-01-0057; and

4. the clerk shall send copies of this Order and the accompanying Memorandum to Christopher Trikeriotis and the counsel of record.


February 28, 2005     /s/
_____     _____
Date     Catherine C. Blake
    United States District Judge